UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HARRINGTON, et al., )
)
Plaintiffs )
)
v. ) Civil Action No. 04-12558-NMG
)
DELTA AIR LINES, INC., et al., )
)
Defendants )

## NOTICE OF APPEARANCE ON BEHALF OF DELTA AIR LINES, INC., AMERICAN AIRLINES, INC., NORTHWEST AIRLINES, INC., ALASKA AIRLINES, INC., CONTINENTAL AIRLINES, INC., SOUTHWEST AIRLINES CO., AND AIR TRANSPORT ASSOCIATION OF AMERICA, INC.

Please enter the appearance of the undersigned on behalf of Delta Air Lines, Inc., American Airlines, Inc., Northwest Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., and Air Transport Association of America, Inc.

Dated:  Boston, Massachusetts
        December 29, 2004

DECHERT LLP

By: /s/ Matthew Porter
Matthew A. Porter, BBO # 630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Delta Air Lines, Inc., American Airlines, Inc., Northwest Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., and Air Transport Association of America, Inc.