UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>DELTA AIR LINES, INC., et al., )<br>)<br>Defendants )<br>) | Civil Action No. 04-12558-NMG |

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
### OF CONTINENTAL AIRLINES, INC.

Pursuant to Local Rule 7.3(A), defendant Continental Airlines, Inc. ("Continental") makes the following corporate disclosure statement. Continental has no parent corporation. The only company which owns 10% of Continental's stock is Wellington Management, LLP.

Dated: Boston, Massachusetts
December 29, 2004

DECHERT LLP

By: /s/ Matthew Porter
Matthew A. Porter, BBO # 630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.,
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.