UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al.,    ) <br><br> Plaintiffs    ) <br><br> v.    ) <br><br> DELTA AIR LINES, INC., et al.,    ) <br><br> Defendants    ) | Civil Action No. 04-12558-NMG |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DELTA AIR LINES, INC.

Pursuant to Local Rule 7.3(A), defendant Delta Air Lines, Inc. ("Delta") makes the following corporate disclosure statement. Delta is a publicly traded company and does not have a parent corporation. No publicly held company owns more than ten percent (10%) of its stock.

Dated: Boston, Massachusetts
       December 29, 2004

DECHERT LLP

By: _____
     Matthew A. Porter, BBO # 630625
     Michael S. Shin, BBO # 658134
     200 Clarendon Street, 27th Floor
     Boston, MA 02116
     (617) 728-7100
     Attorneys for Delta Air Lines, Inc.,
     American Airlines, Inc., Northwest
     Airlines, Inc., Alaska Airlines, Inc.,
     Continental Airlines, Inc., Southwest
     Airlines Co., and Air Transport
     Association of America, Inc.