UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HARRINGTON, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>DELTA AIR LINES, INC., et al., )<br>)<br>Defendants ) | Civil Action No. 04-12558-NMG |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF NORTHWEST AIRLINES, INC.

Pursuant to Local Rule 7.3(A), Northwest Airlines, Inc. ("NWA") makes the following corporate disclosure statement. NWA is a privately held corporation, and it identifies Northwest Airlines Corp., NWA, Inc., and Northwest Airlines Holdings Corp. as its parent corporations. Northwest Airlines Corp. is publicly traded, and ten percent (10%) or more of the common stock of Northwest Airlines Corp. is owned by Wellington Management Company, LLP. There are no other publicly held corporations or entities that have a direct financial interest in the above-captioned litigation with regard to Northwest Airlines, Inc.

Dated:   Boston, Massachusetts
         December 29, 2004

DECHERT LLP

By: _____
Matthew A. Porter, BBO # 630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.,
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.

266419.1.BOSHRTHAR_49