UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al.,<br><br>Plaintiffs<br><br>v.<br><br>DELTA AIR LINES, INC., et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12558-NMG<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF SOUTHWEST AIRLINES CO.

Pursuant to Local Rule 7.3(A), Southwest Airlines Co. ("Southwest") makes the following corporate disclosure statement. Southwest does not have a parent corporation, is publicly traded, and ten percent (10%) or more of its common stock is held by State Street Global Advisors and by Capital Research and Management Company.

Dated:   Boston, Massachusetts
         December 29, 2004

DECHERT LLP

By: _____
Matthew A. Porter, BBO # 630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.,
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.

266495.1.BOSHRTHAR_49