UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HARRINGTON, et al., )
)
Plaintiffs )
)
v. ) Civil Action No. 04-12558-NMG
)
DELTA AIR LINES, INC., et al., )
)
Defendants )

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF ALASKA AIRLINES, INC.

Pursuant to Local Rule 7.3(A), defendant Alaska Airlines, Inc. ("Alaska") makes the following corporate disclosure statement. Alaska's parent corporation is Alaska Air Group, Inc., a Delaware corporation. No publicly held company owns more than ten percent (10%) of its stock.

Dated: Boston, Massachusetts
December 29, 2004

DECHERT LLP

By: /s/ Matthew Porter
Matthew A. Porter, BBO # 630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.,
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.