UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HARRINGTON, et al.,   )<br>)<br>Plaintiffs   )<br>)<br>v.   )<br>)<br>DELTA AIR LINES, INC., et al.,   )<br>)<br>Defendants   )<br>_____) | Civil Action No. 04-12558-NMG |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF AMERICAN AIRLINES, INC.

Pursuant to Local Rule 7.3(A), defendant American Airlines, Inc. ("American") makes the following corporate disclosure statement. American is a wholly-owned subsidiary of AMR Corp., which is publicly traded. No publicly traded company owned 10% or more of AMR's stock.

Dated:  Boston, Massachusetts
December 29, 2004

DECHERT LLP

By: _____
Matthew A. Porter, BBO # 630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.,
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.

267528.1.BOSHRTHAR_49