UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------------x
:
ROBERT J. HARRINGTON, FAYE BYRON,
CRAIG BUCK, VALERIE L. PAWSON,    04-12558-NMG
RAY DRASNIN, WANDA MILLS, JEFF    :
GOLUMBUK, CAROLINE MARSHALL-
SMITH, ANESIA KALAITZIDIS,    :
KENNETH IVANOVITZ, ATHANASE
KARAGIORGOS, HARRIET ZALWANGO.    :
MICHAEL BLAU, KENNETH MICCICHE
and JENNIEE TSOUVRAKAS, on behalf of    :
themselves and others,
:
         Plaintiffs,
:
  - against -
:
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,    :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,    :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, CHINA    :
EASTERN AIRLINES CORPORATION
LIMITED, CHINA SOUTHERN AIRLINES    :
COMPANY LIMITED, DEUTSCHE
LUFTHANSA, A.G., d/b/a LUFTHANSA    :
AIRLINES, SWISS INTERNATIONAL
AIRLINES LTD., d/b/a SWISSAIR, BRITISH    :
AIRWAYS, PLC, d/b/a BRITISH AIRWAYS,
MIDWAY AIRLINES CORP., d/b/a MIDWAY    :
AIRLINES, ALITALIA-LINEE AEREE
ITALIANE S.p.A., d/b/a ALITALIA    :
AIRLINES, SOUTHWEST AIRLINES, CO.,
d/b/a SOUTHWEST AIRLINES, OLYMPIC    :
AIRWAYS-SERVICES, SA, d/b/a OLYMPIC
AIRWAYS and AIR TRANSPORT    :
ASSOCIATION,
:
         Defendants.
----------------------------------------------------------------------x

-2-

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
## OF OLYMPIC AIRWAYS S.A.

Pursuant to Local Rule 7.3(A), defendant Olympic Airways S.A. ("Olympic") makes the following corporate disclosure statement: Olympic has no parent corporation and no publicly-held company owns more than ten percent (10%) of its stock.

Dated: January 14, 2005

By: /s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, Esq., BBO #546512
Christopher R. Howe, Esq., BBO #652445
CAMPBELL, CAMPBELL EDWARDS & CONROY, PC
One Constitution Plaza, 3rd Floor
Boston, Massachusetts 02129
(617) 241-3000

-and-

CONDON & FORSYTH LLP
Andrew J. Harakas, Esq.
685 Third Avenue
New York, New York 10017
(212) 490-9100

Attorneys for Defendant
OLYMPIC AIRWAYS S.A.

TO: Evans J. Carter, Esq.
HARGARVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA 01701-0966
(508) 620-0140
Attorneys for Plaintiffs

Sheri F. Murry, Esq.
385 Broadway, Suite 201
Revere, MA 02151
(781) 286-1560
Attorney for Plaintiff
Robert J. Harrington

Matthew A. Porter, Esq.
Michael S. Shin, Esq.
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Defendants
Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC 20036
(202) 289-0500
Attorneys for Defendants
China Eastern Airlines
Corporation Limited and China Southern
Airlines Corporation Limited

David W. Ogden, Esq.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2445 M Street, NW
Washington, DC 20037-1420
(202) 663-6000
Attorneys for Defendant
Deutsche Lufthansa, A.G. d/b/a
Lufthansa Airlines

Kevin C. Cain, Esq.
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA 02110
(617) 951-2045
Attorneys for Defendants
Alitalia-Linee Aeree Italiane S.p.A., d/b/a
Alitalia Airlines

British Airways PLC
75-20 Astoria Boulevard
Jackson Heights, NY 11370