UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
:
ROBERT J. HARRINGTON, FAYE BYRON,
CRAIG BUCK, VALERIE L. PAWSON,                     04 12558 NMG
RAY DRASNIN, WANDA MILLS, JEFF                     :
GOLUMBUK, CAROLINE MARSHALL-
SMITH, ANESIA KALAITZIDIS,                         :
KENNETH IVANOVITZ, ATHANASE
KARAGIORGOS, HARRIET ZALWANGO.                     :
MICHAEL BLAU, KENNETH MICCICHE
and JENNIEE TSOUVRAKAS, on behalf of               :
themselves and others,
                                                   :
            Plaintiffs,
                                                   :
    - against -
                                                   :
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,                  :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,                   :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, OLYMPIC                      :
AIRLINES CORPORATION LIMITED,
CHINA SOUTHERN AIRLINES COMPANY                    :
LIMITED, DEUTSCHE LUFTHANSA, A.G.,
d/b/a LUFTHANSA AIRLINES, SWISS                    :
INTERNATIONAL AIRLINES LTD., d/b/a
SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a              :
BRITISH AIRWAYS, MIDWAY AIRLINES
CORP., d/b/a MIDWAY AIRLINES,                      :
ALITALIA-LINEE AEREE ITALIANE S.p.A.,
d/b/a ALITALIA AIRLINES, SOUTHWEST                 :
AIRLINES, CO., d/b/a SOUTHWEST
AIRLINES, CHINA EASTERN AIRWAYS-                   :
SERVICES, SA, d/b/a CHINA EASTERN
AIRWAYS and AIR TRANSPORT                          :
ASSOCIATION,
                                                   :
            Defendants.
------------------------------------------------------------------x

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF CHINA SOUTHERN AIRLINES

Notwithstanding that Local Rule 7.3(A) applies to nongovernmental corporate parties and China Southern Airlines Company Limited is wholly owned by the People's Republic of China, defendant China Southern Airlines Company Limited makes the following corporate disclosure statement:  The parent company of China Southern Airlines Company Limited is the China Southern Airlines Group.  There are no other publicly held entities which own more than ten percent (10%) of its stock.

Dated:  January 25, 2005

By: /s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, BBO #546512
CAMPBELL CAMPBELL EDWARDS
& CONROY P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

-and-

CONDON & FORSYTH LLP
Thomas J. Whalen, Esq.
685 Third Avenue
New York, New York 10017
(212) 490-9100

Attorneys for Defendant
CHINA SOUTHERN AIRLINES COMPANY LTD

To:   Evans J. Carter, Esq.
    HARGARVES, KARB, WILCOX & GALVANI, LLP
    550 Cochituate Road – P.O. Box 966
    Framingham, MA 01701-0966
    (508) 620-0140
    Attorneys for Plaintiffs

    Sheri F. Murry, Esq.
    385 Broadway, Suite 201
    Revere, MA 02151
    (781) 286-1560
    Attorney for Plaintiff
    Robert J. Harrington

    Matthew A. Porter, Esq.
    Michael S. Shin, Esq.
    DECHERT LLP
    200 Clarendon Street
    27th Floor
    Boston, MA 02116
    (617) 728-7100
    Attorneys for Defendants
    Delta Air Lines, Inc.,
    American Airlines, Inc., Northwest
    Airlines, Inc., Alaska Airlines, Inc.
    Continental Airlines, Inc., Southwest
    Airlines Co., and Air Transport
    Association of America, Inc.

    Andrew J. Harakas, Esq.
    CONDON & FORSYTH LLP
    685 Third Avenue
    New York, New York 10017
    Attorneys for Defendant
    Olympic Airways, SA

David W. Ogden, Esq.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2445 M Street, NW
Washington, DC  20037-1420
(202) 663-6000
Attorneys for Defendant
Deutsche Lufthansa, A.G. d/b/a
Lufthansa Airlines

Kevin C. Cain, Esq.
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA  02110
(617) 951-2045
Attorneys for Defendants
Alitalia-Linee Aeree Italiane S.p.A., d/b/a
Alitalia Airlines

British Airways PLC
75-20 Astoria Boulevard
Jackson Heights, NY  11370