SCANNED
DATE: 1-19-05
BY: [signature]

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 18 P 3: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

| ROBERT J. HARRINGTON, et al. |
| Plaintiffs |
| v. |
| DELTA AIR LINES, INC., et al. |
| Defendants |

CIVIL ACTION NO. 04 12558-NMG

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF ALITALIA-LINEE AEREE ITALIANE, S.p.A., d/b/a ALITALIA AIRLINES

Pursuant to Local Rule 7.3(A), defendant Alitalia-Linee Aeree Italiane, S.p.A., d/b/a Alitalia Airlines, makes this following corporate disclosure statement. The majority of Alitalia Airlines' capital shares are owned by the Republic of Italy. No publicly held company owns more than ten percent (10%) of its stock.

Dated: Boston, Massachusetts

January 14, 2005.

AITALIA-LINEE AEREE ITALIANE, S.p.A.,
d/b/a ALITALIA AIRLINES

By its attorneys,

[signature]

Kevin C. Cain (BBO # 550055)
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: 1/14/05
[signature]

605184

## SERVICE LIST

Evans J. Carter, Esq.
HARGRAVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road - P.O. Box 966
Framingham, MA 01701-0966
*Attys for Plaintiffs*

Andrew Harakas, Esq.
CONDON & FORSYTH LLP
685 Third Avenue
New York, NY 10017
*Attys for Olympic Airways-Services, SA,
d/b/a Olympic Airways*

Matthew A. Porter, Esq.
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
*Attys for Defendants Delta Air Lines, Inc.,
American Airlines, Inc., Northwest Airlines,
Inc., Alaska Airlines, Inc., Continental
Airlines, Inc., Southwest Airlines Co., and
Air Transport Association of America, Inc.*

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC 20036
*Attys for Defendants China Eastern Airlines
Corporation Limited and China Southern
Airlines Corporation Limited*

David W. Ogden, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M Street, NW
Washington, DC 20037-1420
*Attys for Defendant Deutsche Lufthansa, A.G.
d/b/a Lufthansa Airlines*

604531
10586-91018