UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
:
ROBERT J. HARRINGTON, FAYE BYRON,
CRAIG BUCK, VALERIE L. PAWSON,   04 12558 NMG
RAY DRASNIN, WANDA MILLS, JEFF   :
GOLUMBUK, CAROLINE MARSHALL-
SMITH, ANESIA KALAITZIDIS,   :
KENNETH IVANOVITZ, ATHANASE
KARAGIORGOS, HARRIET ZALWANGO.   :
MICHAEL BLAU, KENNETH MICCICHE
and JENNIEE TSOUVRAKAS, on behalf of   :
themselves and others,
:
         Plaintiffs,
:
  - against -
:
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,   :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,   :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, OLYMPIC   :
AIRLINES CORPORATION LIMITED,
CHINA SOUTHERN AIRLINES COMPANY   :
LIMITED, DEUTSCHE LUFTHANSA, A.G.,
d/b/a LUFTHANSA AIRLINES, SWISS   :
INTERNATIONAL AIRLINES LTD., d/b/a
SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a   :
BRITISH AIRWAYS, MIDWAY AIRLINES
CORP., d/b/a MIDWAY AIRLINES,   :
ALITALIA-LINEE AEREE ITALIANE S.p.A.,
d/b/a ALITALIA AIRLINES, SOUTHWEST   :
AIRLINES, CO., d/b/a SOUTHWEST
AIRLINES, CHINA EASTERN AIRWAYS-   :
SERVICES, SA, d/b/a CHINA EASTERN
AIRWAYS and AIR TRANSPORT   :
ASSOCIATION,
:
         Defendants.
------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I, Kathleen M. Guilfoyle, counsel for defendants China Southern Airlines Company Limited and China Eastern Airlines, hereby certify that on January 25, 2005, I electronically filed the following documents with the Clerk of the Court using the ECF system:

1. Notice of Appearance;
2. Answer (of Defendant China Eastern Airlines);
3. Answer (of Defendant China Southern Airlines Company Limited);
4. Local Rule 7.3 Corporate Disclosure Statement of China Eastern Airlines; and
5. Local Rule 7.3 Corporate Disclosure Statement of China Southern Airlines.

      I hereby further certify that on January 26, 2005 I mailed copies of the foregoing documents and this Certificate of Service by United States Postal Service, postage prepaid, to the following non-ECF participants:

Sheri F. Murray, Esq.
385 Broadway, Suite 201
Revere, MA  02151

Michael S. Shin, Esq.
Dechert LLP
200 Clarendon Street, 27th Floor
Boston, MA  02116

Andrew J. Harakas, Esq.
Condon & Forsyth LLP
685 Third Avenue
New York, New York 10017

David W. Ogden, Esq.
Wilmer Cutler Pickering
   Hale and Dorr LLP
2445 M Street, NW
Washington, DC  20037-1420

British Airways PLC
75-20 Astoria Boulevard
Jackson Heights, NY  11370

      By:    /s/ Kathleen M. Guilfoyle
             Kathleen M. Guilfoyle, BBO #546512
             CAMPBELL CAMPBELL EDWARDS
             & CONROY P.C.
             One Constitution Plaza
             Boston, Massachusetts 02129
             (617) 241-3000