UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT HARRINGTON, et al., | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. |
| v. | ) | 04-12558-NMG |
| | ) | |
| DELTA AIR LINES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DOMESTIC DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendants Delta Air Lines, Inc., American Airlines, Inc., Northwest Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., and Air Transport Association of America, Inc. ("ATA") (collectively the "Domestic Defendants"), by their attorneys, hereby move to dismiss the Plaintiffs' Complaint, Jury Claim and Request for Class Certification (the "Complaint") pursuant to Fed. R. Civ. P. 12(b)(6).

As grounds for their motion, the Domestic Defendants state that dismissal is proper because the Plaintiffs' claims are expressly preempted and barred by federal law and, as a matter of state law, the Plaintiffs have failed to state a claim as to each of the separate counts alleged in the Complaint.

WHEREFORE, the Domestic Defendants respectfully request that the Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper.

269420.1.BOSHRTHAR_49

DECHERT LLP

By: _____
    Matthew A. Porter, BBO #630625
    Michael S. Shin, BBO # 658134
    200 Clarendon Street, 27th Floor
    Boston, MA 02116
    (617) 728-7100
    Attorneys for Delta Air Lines, Inc.,
    American Airlines, Inc., Northwest
    Airlines, Inc., Alaska Airlines, Inc.,
    Continental Airlines, Inc., Southwest
    Airlines Co., and Air Transport
    Association of America, Inc.


## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for ATA attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs but was unable to do so.

_____
Matthew A. Porter
January 31, 2005