UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELTA AIRLINES, INC., et al., <br><br> Defendants. | Civil Action No. 04-12558-NMG <br><br> **AFFIDAVIT OF CARLA WEILER IN SUPPORT OF ALASKA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

CARLA WEILER, being first duly sworn, deposes and says, under penalties of perjury:

1. I am employed by Defendant Alaska Airlines, Inc. (Alaska) as a paralegal and maintain my office at 19300 International Boulevard, Seattle, Washington 98188. I have been employed by Alaska since April 1998.

2. I respectfully submit this Affidavit based on personal knowledge and I attest that if I were called upon to testify in open Court as a witness regarding the contents of this Affidavit, I would be able to offer competent and admissible fact testimony as to the matters stated herein.

3. This Affidavit is submitted in support of Alaska's Motion to Dismiss for Lack of Personal Jurisdiction.

4. On or about December 15, 2004 Alaska searched its records for record of any unused nonrefundable ticket purchased by a "Craig Buck" between March 2002 and June 2002.

5.  Alaska's search produced no record of any unused ticket, either refundable or nonrefundable, purchased by a "Craig Buck."

6.  Prior to April 2002, Alaska did not operate any flights to or from Massachusetts.

7.  In April 2002, Alaska began offering non-stop service between Boston and Seattle.

8.  Alaska does not and has not ever operated a non-stop flight between San Diego and Boston.

9.  Alaska only began selling "codeshare" tickets for non-stop flights between Boston and San Diego in March 2004. "Codeshare" tickets are tickets marketed and sold by Alaska under its flight designator code for flights operated by other airlines.

Signed under the pains and penalties of perjury this 26 day of January, 2005.

_____
Carla Weiler

101 00024 fa263302