AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

ROBERT HARRINGTON, et al.

V.

DEUTSCHE LUFTHANSA, A.G.
D/B/A LUFTHANSA AIRLINES, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-12558-NMG

TO: (Name and address of defendant)

Deutsche Lufthansa, A.G.
d/b/a Lufthansa Airlines
1640 Hampstead Turnpike
East Meadow, NY  11554

SCANNED
DATE: 1/26/05
BY: a-J

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
P.O. Box 966
Framingham, MA  01701-0966
e-mail: ecarter@hkwg.com

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_Mark Barrette_
(BY) DEPUTY CLERK

DATE  1/14/05

## AFFIDAVIT OF SERVICE OF PROCESS

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

I, Evans J. Carter, Esq., under oath and based on personal knowledge depose and say as follows:

2. Pursuant to M.G.L. Chapter 223A, I caused the annexed letter, copy of the Complaint and Summons to be served on the defendant, Deutsche Lufthansa AG, d/b/a Lufthansa Airlines by Certified Mail.

3. A copy of the signed postal receipt of January 20, 2005 2004 is annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 24th DAY OF JANUARY, 2005.

Evans J. Carter

---

SENDER: COMPLETE

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☒ Agent  ☐ Addressee

B. Received by (Printed Name): G. KUMAGAI
C. Date of Delivery: 1/20/05

1. Article Addressed to:

General Manager of U.S. Operations for
Deutsche Lufthansa Airlines
1640 Hampstead Turnpike
East Meadow, NY 11554

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0000 4883 4365

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540