UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------x
                                                                   :
ROBERT J. HARRINGTON, FAYE BYRON,                                  :
CRAIG BUCK, VALERIE L. PAWSON,             04 12558 NMG
RAY DRASNIN, WANDA MILLS, JEFF                                     :
GOLUMBUK, CAROLINE MARSHALL-
SMITH, ANESIA KALAITZIDIS,                                         :
KENNETH IVANOVITZ, ATHANASE
KARAGIORGOS, HARRIET ZALWANGO.                                     :
MICHAEL BLAU, KENNETH MICCICHE
and JENNIEE TSOUVRAKAS, on behalf of                               :
themselves and others,
                                                                   :
            Plaintiffs,
                                                                   :
    - against -
                                                                   :
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,                                  :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,                                   :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, OLYMPIC                                      :
AIRLINES CORPORATION LIMITED,
CHINA SOUTHERN AIRLINES COMPANY                                    :
LIMITED, DEUTSCHE LUFTHANSA, A.G.,
d/b/a LUFTHANSA AIRLINES, SWISS                                    :
INTERNATIONAL AIRLINES LTD., d/b/a
SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a                              :
BRITISH AIRWAYS, MIDWAY AIRLINES
CORP., d/b/a MIDWAY AIRLINES,                                      :
ALITALIA-LINEE AEREE ITALIANE S.p.A.,
d/b/a ALITALIA AIRLINES, SOUTHWEST                                 :
AIRLINES, CO., d/b/a SOUTHWEST
AIRLINES, CHINA EASTERN AIRWAYS-                                   :
SERVICES, SA, d/b/a CHINA EASTERN
AIRWAYS and AIR TRANSPORT                                          :
ASSOCIATION,
                                                                   :
            Defendants.
-------------------------------------------------------------------x

ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*
OF THOMAS J. WHALEN

Defendant China Southern Airlines Company Limited, China Eastern Airlines, and Swiss International Airlines Ltd. (hereinafter referred to as "the defendants"), by and through the undersigned counsel of record, hereby move, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of Thomas J. Whalen, a partner at the firm of Condon & Forsyth LLP, with offices at 1016 Sixteenth Street, N.W., Washington, D.C. 20008. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Thomas J. Whalen attached hereto, the defendants and undersigned counsel state as follows:

1. Mr. Whalen is duly admitted and licensed to practice law in New Jersey, New York, and District of Columbia, and he is in good standing in each jurisdiction (he is not presently eligible to practice law in New Jersey, however, because an office or residence is required);

2. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

3. He is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

The defendants request that Mr. Whalen be admitted because he has particular expertise in aviation matters and he has represented the defendants in other matters.

WHEREFORE, the defendants and the undersigned respectfully request that the motion be allowed and that Thomas J. Whalen be admitted to practice before this Court for the duration of this action.

| ASSENTED TO: | Defendant, |
|---|---|
| Plaintiffs, | CHINA EASTERN AIRLINES, CHINA SOUTHERN AIRLINES COMPANY LIMITED, and SWISS INTERNATIONAL AIRLINES LTD., |
| */s/ Evans J. Carter<br>Evans J. Carter, BBO #076560<br>HARGARVES, KARB, WILCOX<br>& GALVANI, LLP<br>550 Cochituate Road – P.O. Box 966<br>Framingham, MA 01701-0966<br>(508) 620-0140 | /s/ Kathleen M. Guilfoyle<br>Kathleen M. Guilfoyle, BBO #546512<br>CAMPBELL CAMPBELL EDWARDS<br>& CONROY P.C.<br>One Constitution Plaza<br>Boston, Massachusetts 02129<br>(617) 241-3000 |
| ASSENTED TO: | ASSENTED TO: |
| Attorneys for Defendants<br>Delta Air Lines, Inc.,<br>American Airlines, Inc., Northwest<br>Airlines, Inc., Alaska Airlines, Inc.<br>Continental Airlines, Inc., Southwest<br>Airlines Co., and Air Transport<br>Association of America, Inc., | Attorneys for Defendant<br>Deutsche Lufthansa, A.G. d/b/a<br>Lufthansa Airlines, |
| */s/ Matthew A. Porter<br>Matthew A. Porter, Esq.<br>Michael S. Shin, Esq.<br>DECHERT LLP<br>200 Clarendon Street<br>27th Floor<br>Boston, MA 02116<br>(617) 728-7100 | */s/ David W. Ogden<br>David W. Ogden, Esq.<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2445 M Street, NW<br>Washington, DC 20037-1420<br>(202) 663-6000 |

3

ASSENTED TO:

Attorneys for Defendants
Alitalia-Linee Aeree Italiane S.P.A., d/b/a
Alitalia Airlines,

\*/s/ Kevin C. Cain
Kevin C. Cain, Esq.
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA  02110
(617) 951-2045

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2005, I served a copy of the Assented-To Motion For Admission *Pro Hac Vice* of Thomas J. Whalen via first-class mail, postage prepaid, to the following counsel of record:

Evans J. Carter, Esq.
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA  01701-0966

Matthew A. Porter, Esq.
Michael S. Shin, Esq.
Dechert LLP
200 Clarendon Street
27th Floor
Boston, MA  02116

Andrew J. Harakas, Esq.
Condon & Forsyth LLP
685 Third Avenue
New York, New York 10017

David W. Ogden, Esq.
Wilmer Cutler Pickering
    Hale and Dorr LLP
2445 M Street, NW
Washington, DC  20037-1420

Kevin C. Cain, Esq.
Peabody & Arnold
30 Rowes Wharf
Boston, MA  02110

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle

\* By Ms. Guilfoyle, per authorization of counsel

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HARRINGTON, FAYE BYRON, CRAIG BUCK, VALERIE L. PAWSON, RAY DRASNIN, WANDA MILLS, JEFF GOLUMBUK, CAROLINE MARSHALL-SMITH, ANESIA KALAITZIDIS, KENNETH IVANOVITZ, ATHANASE KARAGIORGOS, HARRIET ZALWANGO, MICHAEL BLAU, KENNETH MICCICHE and JENNIEE TSOUVRAKAS, on behalf of themselves and others,<br><br>    Plaintiffs,<br><br> - against -<br><br>DELTA AIRLINES, INC., AMERICAN AIRLINES, U.S. AIRWAYS GROUP, INC., d/b/a US AIRWAYS, NORTHWEST AIRLINES, UNITED AIRLINES, INC., ALASKA AIRLINES, CONTINENTAL AIRLINES, AIR CANADA, OLYMPIC AIRLINES CORPORATION LIMITED, CHINA SOUTHERN AIRLINES COMPANY LIMITED, DEUTSCHE LUFTHANSA, A.G., d/b/a LUFTHANSA AIRLINES, SWISS INTERNATIONAL AIRLINES LTD., d/b/a SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a BRITISH AIRWAYS, MIDWAY AIRLINES CORP., d/b/a MIDWAY AIRLINES, ALITALIA-LINEE AEREE ITALIANE, S.p.A., d/b/a ALITALIA AIRLINES, SOUTHWEST AIRLINES, CO., d/b/a SOUTHWEST AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, d/b/a OLYMPIC AIRWAYS and AIR TRANSPORT ASSOCIATION,<br><br>    Defendants. | CIVIL ACTION NO.<br>04 12558 NMG<br><br>**AFFIDAVIT OF THOMAS J. WHALEN** |

## LR 83.5.3(b) AFFIDAVIT OF THOMAS J. WHALEN

NOW COMES the affiant and states as follows:

1. My name is Thomas J. Whalen, and I am a partner at the law firm of Condon & Forsyth LLP, with offices at 1016 Sixteenth Street, N.W., Washington, D.C. 20008, telephone number (202) 289-0500.

2. I am an attorney duly admitted and licensed to practice law in the following courts in the year so indicated:

   (a) New Jersey - 1964

   (b) New York - 1968

   (c) District of Columbia - 1964

3. I am in good standing and eligible to practice law in all the aforementioned jurisdictions, except New Jersey where an office or residence is required.

4. I am not currently suspended or disbarred in any jurisdiction.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Defendant China Southern, China Eastern and Swiss International have requested that Condon & Forsyth LLP represent them in this case.

Dated: January 19, 2005

_____
Thomas J. Whalen

Personally appeared Thomas J. Whalen and swore that the statements contained in this affidavit are true to the best of his knowledge, belief and opinion.

Dated: January 19, 2005

_____
Notary Public/Justice of the Peace

J:\40766\tjw affidavit.wpd

My Commission Expires January 1, 2006