UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------x
                                                                       :
ROBERT J. HARRINGTON, FAYE BYRON,                                      :
CRAIG BUCK, VALERIE L. PAWSON,                    04 12558 NMG
RAY DRASNIN, WANDA MILLS, JEFF                                         :
GOLUMBUK, CAROLINE MARSHALL-
SMITH, ANESIA KALAITZIDIS,                                             :
KENNETH IVANOVITZ, ATHANASE
KARAGIORGOS, HARRIET ZALWANGO.                                         :
MICHAEL BLAU, KENNETH MICCICHE
and JENNIEE TSOUVRAKAS, on behalf of                                   :
themselves and others,
                                                                       :
                Plaintiffs,
                                                                       :
    - against -
                                                                       :
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,                                      :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,                                       :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, OLYMPIC                                          :
AIRLINES CORPORATION LIMITED,
CHINA SOUTHERN AIRLINES COMPANY                                        :
LIMITED, DEUTSCHE LUFTHANSA, A.G.,
d/b/a LUFTHANSA AIRLINES, SWISS                                        :
INTERNATIONAL AIRLINES LTD., d/b/a
SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a                                  :
BRITISH AIRWAYS, MIDWAY AIRLINES
CORP., d/b/a MIDWAY AIRLINES,                                          :
ALITALIA-LINEE AEREE ITALIANE S.p.A.,
d/b/a ALITALIA AIRLINES, SOUTHWEST                                     :
AIRLINES, CO., d/b/a SOUTHWEST
AIRLINES, CHINA EASTERN AIRWAYS-                                       :
SERVICES, SA, d/b/a CHINA EASTERN
AIRWAYS and AIR TRANSPORT                                              :
ASSOCIATION,
                                                                       :
                Defendants.
-----------------------------------------------------------------------x

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW J. HARAKAS

Defendant Olympic Airways, S.A. ("Olympic"), by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of Andrew J. Harakas, a partner at the firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Andrew J. Harakas attached hereto, Olympic and undersigned counsel state as follows:

1. Mr. Harakas is duly admitted and licensed to practice law in New York, Connecticut, the Supreme Court of the United States, the United States District Court for the Southern and Eastern Districts of New York, and the United States District Court for the Eastern District of Michigan;

2. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

3. He is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Counsel for all parties that have appeared in this action have assented to this motion.

Olympic has requested that Mr. Harakas represent it in this action.

WHEREFORE, the defendants and the undersigned respectfully request that the motion be allowed and that Andrew J. Harakas be admitted to practice before this Court for the duration of this action.

| ASSENTED TO: | Defendant, |
|---|---|
| Plaintiffs, | CHINA EASTERN AIRLINES, CHINA SOUTHERN AIRLINES COMPANY LIMITED, and SWISS INTERNATIONAL AIRLINES LTD., |

\*/s/ Evans J. Carter
Evans J. Carter, BBO #076560
HARGARVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA 01701-0966
(508) 620-0140

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, BBO #546512
CAMPBELL CAMPBELL EDWARDS
& CONROY P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

ASSENTED TO:

Attorneys for Defendants
Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.,

ASSENTED TO:

Attorneys for Defendant
Deutsche Lufthansa, A.G. d/b/a
Lufthansa Airlines,

\*/s/ Matthew A. Porter
Matthew A. Porter, Esq.
Michael S. Shin, Esq.
DECHERT LLP
200 Clarendon Street
27th Floor
Boston, MA 02116
(617) 728-7100

\*/s/ David W. Ogden
David W. Ogden, Esq.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2445 M Street, NW
Washington, DC 20037-1420
(202) 663-6000

ASSENTED TO:

Attorneys for Defendants
Alitalia-Linee Aeree Italiane S.P.A., d/b/a
Alitalia Airlines,


*/s/ Kevin C. Cain
Kevin C. Cain, Esq.
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA  02110
(617) 951-2045

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2005, I served a copy of the Assented-To Motion For Admission *Pro Hac Vice* of Andrew J. Harakas via first-class mail, postage prepaid, to the following counsel of record:

Evans J. Carter, Esq.
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA  01701-0966

Matthew A. Porter, Esq.
Michael S. Shin, Esq.
Dechert LLP
200 Clarendon Street
27th Floor
Boston, MA  02116

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC 20036

David W. Ogden, Esq.
Wilmer Cutler Pickering
    Hale and Dorr LLP
2445 M Street, NW
Washington, DC  20037-1420

Kevin C. Cain, Esq.
Peabody & Arnold
30 Rowes Wharf
Boston, MA  02110

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle

* By Ms. Guilfoyle, per authorization of counsel

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x  AH-3515
:
ROBERT J. HARRINGTON, FAYE BYRON,
CRAIG BUCK, VALERIE L. PAWSON,                                    04 12558 NMG
RAY DRASNIN, WANDA MILLS, JEFF                                :
GOLUMBUK, CAROLINE MARSHALL-
SMITH, ANESIA KALAITZIDIS,                                    :   **PRO HAC VICE**
KENNETH IVANOVITZ, ATHANASE                                       **AFFIDAVIT**
KARAGIORGOS, HARRIET ZALWANGO,                                :
MICHAEL BLAU, KENNETH MICCICHE
and JENNIEE TSOUVRAKAS, on behalf of                          :
themselves and others,
                                                              :
            Plaintiffs,
                                                              :
    - against -
                                                              :
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,                             :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,                              :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, CHINA                                   :
EASTERN AIRLINES CORPORATION
LIMITED, CHINA SOUTHERN AIRLINES                              :
COMPANY LIMITED, DEUTSCHE
LUFTHANSA, A.G., d/b/a LUFTHANSA                              :
AIRLINES, SWISS INTERNATIONAL
AIRLINES LTD., d/b/a SWISSAIR, BRITISH                        :
AIRWAYS, PLC, d/b/a BRITISH AIRWAYS,
MIDWAY AIRLINES CORP., d/b/a MIDWAY                           :
AIRLINES, ALITALIA-LINEE AEREE
ITALIANE S.p.A., d/b/a ALITALIA                               :
AIRLINES, SOUTHWEST AIRLINES, CO.,
d/b/a SOUTHWEST AIRLINES, OLYMPIC                             :
AIRWAYS-SERVICES, SA, d/b/a OLYMPIC
AIRWAYS and AIR TRANSPORT                                     :
ASSOCIATION,
                                                              :
            Defendants.
---------------------------------------------------------------x

<u>LR 83.5.3(b) AFFIDAVIT OF ANDREW J. HARAKAS</u>

NOW COMES the affiant and states as follows:

1. My name is Andrew J. Harakas, and I am a partner at the law firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036, telephone number (212) 490-9100.

2. I am an attorney duly admitted and licensed to practice law in the following courts:

State of New York and State of Connecticut, the Supreme Court of the United States, the United States District Court for the Southern and Eastern Districts of New York and the United States District Court for the Eastern District of Michigan.

3. I am in good standing and eligible to practice law in all the aforementioned jurisdictions.

4. I am not currently suspended or disbarred in any jurisdiction.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Defendant Olympic Airways S.A. has requested that Condon & Forsyth LLP represent them in this case.

Dated: 1-18-05

Andrew J. Harakas

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

    Personally appeared Andrew J. Harakas and swore that the statements contained in this affidavit are true to the best of his knowledge, belief and opinion.

Dated: 1/18/05

Notary Public/Justice of the Peace

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2006