UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 4: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ROBERT HARRINGTON, et al., )<br>)<br>) | |
| Plaintiffs, )<br>) | |
| v. ) | Civil Action No.<br>04-12558-NMG |
| ) | |
| DELTA AIR LINES, INC., et al., )<br>) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Daniel M. Esrick on behalf of Deutsche Lufthansa A.G., defendant in the above-captioned case.

                                                Respectfully submitted,

                                                Wilmer Cutler Pickering Hale and Dorr LLP
                                                Attorneys for Deutsche Lufthansa A.G.

Dated: February 10, 2005                     By: /s/ Daniel M. Esrick
                                                Daniel M. Esrick, BBO # 647676
                                                Wilmer Cutler Pickering Hale and Dorr LLP
                                                60 State Street
                                                Boston, MA 02109
                                                (617) 526-6000
                                                (617) 526-5000 (fax)

*Of Counsel:*
David W. Ogden, Esq.
Ethan G. Shenkman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, D.C. 20037
(202) 663-6000

USIDOCS 4958294v2

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2005, I caused a true copy of the foregoing document to be sent by Federal Express overnight delivery to the following:

Evans J. Carter, Esq.
HARGRAVES, KARB, WILCOX &
GALVANI, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA 01701-0966

Matthew A. Porter, Esq.
DECHERT LLP
200 Clarendon Street, 27th Fl.
Boston, MA 02116

Sheri F. Murry, Esq.
385 Broadway, Ste 201
Revere, MA 02151

Kevin C. Kain, Esq.
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP 1016
Sixteenth Street, NW
Washington, DC 20036

Andrew Harakas, Esq.
CONDON & FORSYTH LLP
685 Third Avenue
New York, NY 10017

British Airways PLC
75-20 Astoria Boulevard
Jackson Heights, NY 11370

Kathleen M. Guilfoyle
Christopher Robert Howe
CAMPBELL, CAMPBELL, EDWARDS &
CONROY, PC
One Constitution Plaza
Boston, MA 02129



Daniel M. Esrick

USIDOCS 4958774v2