UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 10 P 4: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ROBERT HARRINGTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No |
| v. ) | 04-12558-NMG |
| ) | |
| DELTA AIR LINES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## DEUTSCHE LUFTHANSA A.G.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)

Defendant Deutsche Lufthansa, A.G. ("Lufthansa"), by its attorneys, hereby moves to dismiss plaintiffs' claims against Lufthansa set forth in plaintiffs' complaint, jury claim, and request for class certification (the "complaint") pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

As grounds for its motion, Lufthansa states that plaintiffs' claims against Lufthansa should be dismissed because (1) plaintiffs lack standing to raise such claims against Lufthansa and, therefore, this Court lacks subject-matter jurisdiction over those claims; (2) plaintiffs' claims are expressly preempted and barred by federal law; and (3) plaintiffs have failed to state a claim as a matter of state law as to each count alleged in the complaint.

WHEREFORE, Lufthansa respectfully requests that plaintiffs' claims against Lufthansa be dismissed pursuant to Fed R. Civ. P. 12(b)(1) or 12(b)(6), and for such other and further relief

1

as this Court deems just and proper.

                                            Respecfully submitted,

                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            Attorneys for Deutsche Lufthansa, A.G.

Dated: February 10, 2005                      By: _____
                                            Daniel M. Esrick, BBO # 647676
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            60 State Street
                                            Boston, MA 02109
                                            (617) 526-6000
                                            (617) 526-5000 (fax)

*Of Counsel:*
David W. Ogden, Esq.
Ethan G. Shenkman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, D.C. 20037
(202) 663-6000

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I certify that counsel for Lufthansa attempted in good faith to resolve the issues presented in this Motion with counsel for the plaintiffs but were unable to do so.

                                            _____
                                            Daniel M. Esrick
                                            February 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2005, I caused a true copy of the foregoing document to be sent by Federal Express overnight delivery to the following:

Evans J. Carter, Esq.
HARGRAVES, KARB, WILCOX &
GALVANI, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA 01701-0966

Matthew A. Porter, Esq.
DECHERT LLP
200 Clarendon Street, 27th Fl.
Boston, MA 02116

Sheri F. Murry, Esq.
385 Broadway, Ste 201
Revere, MA 02151

Kevin C. Kain, Esq.
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP 1016
Sixteenth Street, NW
Washington, DC 20036

Andrew Harakas, Esq.
CONDON & FORSYTH LLP
685 Third Avenue
New York, NY 10017

British Airways PLC
75-20 Astoria Boulevard
Jackson Heights, NY 11370

Kathleen M. Guilfoyle
Christopher Robert Howe
CAMPBELL, CAMPBELL, EDWARDS &
CONROY, PC
One Constitution Plaza
Boston, MA 02129

_____
Daniel M. Esrick

US1DOCS 4958774v2