UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. HARRINGTON, et al.,
                Plaintiffs

v.

DELTA AIR LINES, INC., et al.,
                Defendants    Civil Action No. 04-12558-NMG

**ASSENTED TO MOTION OF THE PLAINTIFFS TO EXTEND THE TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS BY NUMEROUS DEFENDANTS FILED ON OR ABOUT JANUARY 31, 2005**

      By agreement of all parties, the time in which the plaintiff may file an opposition to the numerous motions to dismiss filed on or about January 31, 2005 is extended up to and including February 25, 2005.

ASSENTED TO:

Air Transport Association of American,
Inc. and Domestic Airlines, Defendants
By their Attorneys

/s/ Matthew A. Porter
Matthew A. Porter (BBO #630625)
Michael S. Shin (BBO #658134)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

Alaska Airlines, Inc., Defendant
By its Attorneys

/s/ Dennis M. Duggan, Jr.
Dennis M. Duggan, Jr., PC (BBO #137460)
Michael L. Cornell (BBO #651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2130
(617) 345-1000

Robert J. Harrington, et al. Plaintiff
By their Attorneys

/s/ Evans J. Carter
Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX &
GALVANI, LLP
550 Cochituate Road - P.O. Box 966
Framingham, MA 01701-0966
(508) 620-0140

DATED: February 15, 2005