UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT HARRINGTON, et al., )
)
Plaintiffs, )
) Civil Action No.
v. ) 04-12558-NMG
)
DELTA AIR LINES, INC., et al., )
)
Defendants. )

*FILED IN CLERK'S OFFICE 2005 FEB 10 P 4: 50 U.S. DISTRICT COURT DISTRICT OF MASS.*

## DEUTSCHE LUFTHANSA A.G.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Deutsche Lufthansa A.G. ("Lufthansa") submits this Corporate Disclosure Statement.

Lufthansa is a publicly traded company and does not have a parent corporation. No publicly held company owns more than ten percent (10%) of its stock.

Respectfully submitted,

Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Deutsche Lufthansa, A.G.

Dated: February 10, 2005

By: _____
Daniel M. Esrick, BBO # 647676
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)

*Of Counsel:*
David W. Ogden, Esq.
Ethan G. Shenkman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, D.C. 20037
(202) 663-6000

US1DOCS 4958299v2

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2005, I caused a true copy of the foregoing document to be sent by Federal Express overnight delivery to the following:

Evans J. Carter, Esq.
HARGRAVES, KARB, WILCOX &
GALVANI, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA 01701-0966

Matthew A. Porter, Esq.
DECHERT LLP
200 Clarendon Street, 27th Fl.
Boston, MA 02116

Sheri F. Murry, Esq.
385 Broadway, Ste 201
Revere, MA 02151

Kevin C. Kain, Esq.
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP 1016
Sixteenth Street, NW
Washington, DC 20036

Andrew Harakas, Esq.
CONDON & FORSYTH LLP
685 Third Avenue
New York, NY 10017

British Airways PLC
75-20 Astoria Boulevard
Jackson Heights, NY 11370

Kathleen M. Guilfoyle
Christopher Robert Howe
CAMPBELL, CAMPBELL, EDWARDS &
CONROY, PC
One Constitution Plaza
Boston, MA 02129

Daniel M. Esrick

US1DOCS 4958774v2