AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

Robert Harrington, et al.

v.

Delta Airlines, Inc., et al.

**APPEARANCE**

Case Number:   04-12558-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Alaska Airlines, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/1/05 | *[signature]* |
| Date | Signature |
| | Michael L. Cornell    (BBO#651405) |
| | Print Name    Bar Number |
| | Nixon Peabody LLP    100 Summer Street |
| | Address |
| | Boston    MA    02110 |
| | City    State    Zip Code |
| | (617) 345-1000    (617) 345-1300 |
| | Phone Number    Fax Number |

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

Robert Harrington, et al.

v.

Delta Airlines, Inc., et al.

**APPEARANCE**

Case Number: 04-12558-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Alaska Airlines, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/1/05 | *signature* |
| Date | Signature |
| | Dennis M. Duggan, Jr., P.C.   (BBO#137460) |
| | Print Name — Bar Number |
| | Nixon Peabody, LLP   100 Summer Street |
| | Address |
| | Boston — MA — 02110 |
| | City — State — Zip Code |
| | (617) 345-1000 — (617) 345-1300 |
| | Phone Number — Fax Number |