UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT HARRINGTON, et al.,

                Plaintiffs,

v.

DELTA AIRLINES, INC., et al.,

                Defendants.

Civil Action No. 04-12558-NMG

## LOCAL RULE 7.1(A)(2) CERTIFICATION TO DEFENDANT ALASKA AIRLINES' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Undersigned counsel for Defendant Alaska Airlines, Inc. certifies that, through their co-counsel, Matthew Porter, Esq., defense counsel attempted in good faith to resolve the issues presented in Defendant Alaska Airlines, Inc.'s Motion to Dismiss For Lack of Personal Jurisdiction with counsel for the Plaintiffs and were unable to do so.

This certification was inadvertently omitted from Defendant Alaska Airlines, Inc.'s Motion to Dismiss For Lack of Personal Jurisdiction, which was filed on January 31, 2005.

           Respectfully submitted,

           **ALASKA AIRLINES, INC.**

           By its attorneys,

Date: February 18, 2005    */s/ Michael L. Cornell*
           Dennis M. Duggan, Jr., P.C. (BBO# 137460)
           Michael L. Cornell (BBO # 651405)
           Nixon Peabody LLP
           100 Summer Street
           Boston, MA 02110-2131
           (617) 345-1000 (telephone)
           (617) 345-1300 (facsimile)

*Of Counsel*:

Kelly Corr, Esq.
Andrew H. May, Esq.
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
(206) 625-8600 (telephone)
(206) 625-0900 (facsimile)