UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HARRINGTON, et al.<br>Plaintiffs<br><br>v.<br><br>DELTA AIR LINES, INC., et al.<br>Defendants | CIVIL ACTION NO. 04 12558 NMG |

**MOTION OF DEFENDANT ALITALIA-LINEE AREE ITALIANE, S.p.A.
TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), the defendant Alitalia-Linee Aeree Italiane, S.p.A., d/b/a Alitalia Airlines hereby moves, by and through its Massachusetts counsel, for the admission pro hac vice of Attorneys Peter W. Beadle, Thomas Carulli, and Eugene Massamillo of the firm of Biedermann, Hoenig, Massamillo & Ruff, P.C., 90 Park Avenue, New York, New York as co-counsel for the defendant Alitalia Airlines in this matter.

The Declarations of Messrs. Beadle, Massamillo, and Carulli are filed herewith.

Alitalia-Linee Aeree Italiane, S.p.A.,
d/b/a Alitalia Airlines,

By its attorneys,

Kevin C. Cain (BBO # 550055)
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

February 15, 2005
605215
10586-91018

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: 2/15/05

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 16  P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

ROBERT J. HARRINGTON, et al.
    Plaintiffs

v.

DELTA AIR LINES, INC., et al.
    Defendants

CIVIL ACTION NO. 04 12558 NMG

## CERTIFICATION OF THOMAS CARULLI FOR PRO HAC VICE ADMISSION

I, Thomas Carulli, certify that I am an attorney in the New York based law firm of Biedermann, Hoenig, Massamillo & Ruff, P.C. I further certify pursuant to Local Rule 83.5.3 that:

1. I am a member in good standing of the bar of the State of New York. I am also a member in good standing of the following Federal Courts: United States Court of Appeals (Federal Circuit, Second Circuit), United States District Courts (Eastern District of New York and Southern District of New York).

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF JANUARY, 2005.

_____
Thomas Carulli

605223
10586-91018

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HARRINGTON, et al.<br>Plaintiffs<br><br>v.<br><br>DELTA AIR LINES, INC., et al.<br>Defendants | CIVIL ACTION NO. 04 12558 NMG |

### CERTIFICATION OF PETER W. BEADLE FOR PRO HAC VICE ADMISSION

I, Peter W. Beadle, certify that I am an associate with the New York based law firm of Biedermann, Hoenig, Massamillo & Ruff, P.C. I further certify pursuant to Local Rule 83.5.3 that:

1. I am a member in good standing of the bar of the State of New York. I am also a member in good standing of the following Federal Courts: United States District Courts for the Eastern District of New York, the Southern District of New York, The Northern District of New York and the Western District of New York.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14TH DAY OF FEBRUARY, 2005.

_____
Peter W. Beadle

605222
10586-91018

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| ROBERT J. HARRINGTON, et al. |
| Plaintiffs |
| v. |
| DELTA AIR LINES, INC., et al. |
| Defendants |

CIVIL ACTION NO. 04 12558 NMG

## CERTIFICATION OF EUGENE MASSAMILLO FOR PRO HAC VICE ADMISSION

I, Eugene Massamillo, certify that I am a Member of the New York based law firm of Biedermann, Hoenig, Massamillo & Ruff, P.C. I further certify pursuant to Local Rule 83.5.3 that:

1. I am a member in good standing of the bar of the State of New York. I am also a member in good standing of the following Federal Courts: United States Court of Appeals (Second Circuit and Third Circuit), United States District Courts (Northern District, Eastern District and Southern District of New York).

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF JANUARY, 2005.

Eugene Massamillo

605221
10586-91018