United States District Court
District of Massachusetts

| | |
|---|---|
| ROBERT J. HARRINGTON, et al., | Civil Action No. 04–12558–NMG |
| *Plaintiffs,* | |
| v. | |
| DELTA AIR LINES, INC., et al., | |
| *Defendants.* | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF 20 PAGES AND TO EXTEND THE TIME FOR FILING**

_____

The plaintiffs request (1) an extension of the time in which the plaintiffs may file their combined opposition to the defendants' various motions to dismiss, until March 4, 2005, and (2) leave of the Court to file a single 34-page memorandum in opposition to the four motions to dismiss filed by (a) the Domestic Defendants (Delta, American, Continental, Northwest, Southwest, and Alaska Airlines, and the Air Transport Association of America (ATA)), (b) Alaska Airlines separately, (c) ATA separately, and (d) Deutsche Lufthansa, S.A.

Many of the arguments made are identical, similar, or overlapping, so a combined opposition is the most efficient way to address these multiple motions. However, that opposition required more time to address than anticipated, and the plaintiffs request an enlargement of the time for filing. The "Plaintiffs' Combined Opposition to the Motions to Dismiss of the Domestic Defendants, Alaska Airlines, the Air Transport Association of America, Inc., and Deutsche Lufthansa A.G." is submitted simultaneously with this motion.

Respectfully submitted:

Robert J. Harrington, *et al.*, *plaintiffs*,
By their attorney:

/s/ Evans J. Carter
_____
Evans J. Carter, Esq. (BBO# 076560)
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road
P.O. Box 966
Framingham, MA 01701–0966
(508) 620–0140 phone
(508) 875–7728 facsimile

## Local Rule 7.1(a)(2) Certification

I certify that counsel for the plaintiffs attempted in good faith to resolve the issues presented in this motion with counsel for the defendants but was unable to do so.

/s/ Evans J. Carter
_____
Evans J. Carter

Dated: March 3, 2005