UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT HARRINGTON, et al., | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. |
| v. | ) | 04-12558-NMG |
| | ) | |
| DELTA AIR LINES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION CONCERNING THE SCHEDULE FOR AMENDING THE
COMPLAINT AND FILING RESPONSIVE PLEADINGS THERETO**

The parties to this case hereby stipulate and agree that the Plaintiffs shall have up to and including May 30, 2005 to file their Amended Complaint, and the Defendants shall have up to and including July 15, 2005 to answer or otherwise respond by way of motion to dismiss or other appropriate motion. As grounds for this Stipulation, the parties state follows:

In response to the Motions to Dismiss filed by Defendants Delta Air Lines, Inc., American Airlines, Inc., Northwest Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., and Air Transport Association of America, Inc. ("ATA") (collectively the "Domestic Defendants")[1] and the Motion to Dismiss filed by Lufthansa, A.G., the Plaintiffs indicated that they intend to file an Amended Complaint. Plaintiffs' counsel has indicated that he will require additional time to prepare his Amended Complaint due to health issues that he is currently resolving. Once the Amended Complaint is filed, the Domestic Defendants and Lufthansa (and perhaps other defendants as well) may file renewed Motions to

---

[1] Three (3) separate Motions to Dismiss were filed by the Domestic Defendants. Alaska Airlines and ATA each filed separate Motions to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2) and the Domestic Defendants filed a joint Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6).

Dismiss which, depending on how the Plaintiffs' claims have changed, will likely address some different arguments from the Domestic Defendants' original Motion to Dismiss.

WHEREFORE, the parties respectfully request that this Stipulation be approved by the Court, and that the Plaintiffs be permitted to file their Amended Complaint by May 31, 2005, and Defendants be permitted to respond the Amended Complaint by July 15, 2005.

Delta Air Lines, Inc., American Airlines, Inc., Northwest Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., and Air Transport Association of America, Inc.

By their Attorneys

_Matthew Porter_

Matthew A. Porter (BBO #630625)
Michael S. Shin (BBO #658134)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA  02116
(617) 728-7100

Robert J. Harrington, et al.

By their Attorneys

_Evans Carter / may by permission_

Evans J. Carter (BBO #76560)
HARGRAVES, KARB, WILCOX &
GALVANI, LLP
550 Cochituate Road - P.O. Box 966
Framingham, MA 01701-0966
(508) 620-0140

Alaska Airlines, Inc.,

By its Attorneys

_Dennis Duggan / mjs by permission_

Dennis M. Duggan, Jr., PC (BBO #137460)
Michael L. Cornell (BBO #651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2130
(617) 345-1000

2

China Eastern Airlines Corporation
Limited and China Southern Airlines
Corporation Limited

By their Attorneys


_Thomas Whalen / mg by permission_
Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, N.W.
Washington, DC  20036
(202) 289-0500


Deutsche Lufthansa, A.G.
d/b/a Lufthansa Airlines

By Their Attorneys


_David Ogden / mg by permission_
David W. Ogden, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M Street, N.W.
Washington, DC  20037-1420
(202) 663-6000


Olympic Airways, S.A. (sued as Olympic
Airways-Services, SA
d/b/a Olympic Airways

By their Attorneys


_Andrew Harakas / mg by permission_
Andrew Harakas, Esq.
CONDON & FORSYTH LLP
685 Third Avenue
New York, NY  10017
(212) 490-9100


British Airways, plc d/b/a British Airways,
and Alitalia-Linee Aeree Italiane S.p.A.
d/b/a Alitalia Airlines

By Their Attorneys


_Kevin Cain / mg by permission_
Kevin C. Cain (BBO #550055)
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110-3342
(617) 951-2100