UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG BUCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALASKA AIRLINES, et al., <br><br> Defendants. | C.A. No. 04-12558-NMG <br><br> **STIPULATION EXTENDING THE TIME WITHIN WHICH DEFENDANT AER LINGUS LIMITED MAY ANSWER, MOVE OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the undersigned parties that the time within which defendant Aer Lingus Limited may answer, move or otherwise respond to the Amended Complaint is hereby extended through and including July 15, 2005, and that any and all jurisdictional defenses on the part of Aer Lingus Limited are reserved.

| | |
|---|---|
| HARGRAVES, KARB, WILCOX & GALVANI, LLP | HOLLAND & KNIGHT LLP |
| By: /s/ Evans J. Carter <br> Evans J. Carter (BBO #076560) <br> 550 Cochituate Road, P.O. Box 966 <br> Framingham, MA01701-0966 <br> (508) 620-0140 <br><br> Attorneys for Plaintiffs | By: /s/ Edward J. Naughton <br> Edward Naughton (BBO #600059) <br> 10 St. James Avenue <br> 11th Floor <br> Boston, MA 02116 <br> (617) 523-2700 <br><br> OF COUNSEL: <br><br> John J. Reilly <br> HOLLAND & KNIGHT LLP <br> 195 Broadway <br> New York, NY 10007 <br> (212) 513-3200 <br><br> Attorneys for Defendant <br> Aer Lingus Limited |

Dated: June 28, 2005

# 3005350_v1