AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me **Amended** [(1)] | DATE<br>06/23/05 at 12:25 pm |
| NAME OF SERVER *(PRINT)*<br>Dwayne Boston | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Jackie Stratton, Staff Assistant, authorized to accept. Service was completed at 800 Independence Avenue, SW, Washington, DC 20591.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    06/27/05
            Date        *Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

CRAIG BUCK, et al.

V.

ALASKA AIRLINES, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    04-12558-NMG

TO: (Name and address of Defendant)

Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, DC   20591

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road
P.O. Box 966
Framingham, MA   01701-0966
Tel:  508-620-0140
e-mail:  ecarter@hkwg.com

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 3 2005

CLERK                                                    DATE

(By) DEPUTY CLERK