AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

CRAIG BUCK, et al.

V.

ALASKA AIRLINES, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    04-12558-NMG

TO: (Name and address of Defendant)

Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, DC   20591

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road
P.O. Box 966
Framingham, MA   01701-0966
Tel:   508-620-0140
e-mail:   ecarter@hkwg.com

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUN - 3 2005

CLERK     /s/ signature     DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT OF THE DISTRICT OF MASSACHUSETTS

Craig Buck, et al.

vs.

Alaska Airlines, et al.

No. 04-12558-NMG

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:15 pm on June 23, 2005, I served Department of Justice at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Ernest Parker, Manager, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    40
 HEIGHT-    6'0"
   HAIR-    BLACK
 WEIGHT-    200
  COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on _____
          Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154287