AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

CRAIG BUCK, et al.

V.

ALASKA AIRLINES, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-12558-NMG

TO: (Name and address of Defendant)

Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, DC   20591

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Evans J. Carter, Esq.
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road
P.O. Box 966
Framingham, MA   01701-0966
Tel:   508-620-0140
e-mail:   ecarter@hkwg.com

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                             JUN - 3 2005

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 20, 2005 @ 11:50 AM |
| NAME OF SERVER (PRINT) SEAN B. MCCARTHY | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: — U.S. ATTORNEY'S OFFICE — U.S. COURTHOUSE, SUITE 9200, 1 COURTHOUSE WAY, BOSTON, MA. 02210 (GIVEN TO: ILONA FERRARA)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL $45.00 | SERVICES $27.00 | TOTAL $72.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 20, 2005
Date

Signature of Server

1216 EDGELL ROAD, FRAMINGHAM, MA. 01701
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.