UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG BUCK, KENNETH MICCICHE, VALERIE L. PAWSON, CAROLINE MARSHALL-SMITH, WANDA MILLS, JEFF GOLUMBUK, ANESIA KALAITZIDIS, ATHANASE KARAGIORGOS, AND JENNIFER TSOUVRAKAS, ON BEHALF OF THEMSELVES AND OTHERS<br>          Plaintiffs<br><br>v.<br><br>ALASKA AIRLINES, AMERICAN AIRLINES, CONTINENTAL AIRLINES, DELTA AIR LINES, INC., NORTHWEST AIRLINES, SOUTHWEST AIRLINES CO., d/b/a SOUTHWEST AIRLINES, CHINA EASTERN AIRLINES CORP. LTD., CHINA SOUTHERN AIRLINES CO. LTD., AER LINGUS LIMITED, ALITALIA-LINEE AEREE ITALIANE S.P.A., d/b/a ALITALIA AIRLINES, BRITISH AIRWAYS, PLC, d/b/a BRITISH AIRWAYS, DEUTSCHE LUFTHANSA, A.G., d/b/a LUFTHANSA AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, d/b/a OLYMPIC AIRWAYS, AIR TRANSPORT ASSOCIATION OF AMERICA, INC., AIRLINES REPORTING CORP., and the FEDERAL AVIATION ADMINISTRATION<br>          Defendants | CIVIL ACTION NO. 04-12558-NMG |

NOTICE OF APPEARANCE

TO THE CLERK:

      Please enter my appearance as counsel for the defendant Aer Lingus in the above matter.

                                            AER LINGUS

                                            By its attorneys,

                                            __/s/ Kevin C. Cain_____
                                            Kevin C. Cain, BBO #550055
                                            Peabody & Arnold LLP
                                            30 Rowes Wharf
                                            Boston, MA  02110
Dated: July 8, 2005                         617) 951-2100
618383