UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HARRINGTON, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>DELTA AIR LINES, INC. et al., )<br>)<br>    Defendants. )<br>) | Civil Action No.<br>04-12558-NMG |

### MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID OGDEN AND ETHAN G. SHENKMAN

Defendant Deutsche Lufthansa, A.G. ("Lufthansa"), by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3(b), for the admissions, *pro hac vice*, of David Ogden, partner, and Ethan Shenkman, counsel, at the firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037. Such admission is for the purpose of this case only.

1. Mr. Ogden is duly admitted and licensed to practice law in the District of Columbia and the Commonwealth of Virginia.  Mr. Shenkman is duly admitted and licensed to practice law in the District of Columbia and the State of New York.

2. There are no disciplinary proceedings pending against either Mr. Ogden or Mr. Shenkman as a members of the bars in any jurisdiction.

3. Mr. Ogden and Mr. Shenkman are familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4.      Lufthansa has requested that Mr. Ogden and Mr. Shenkman represent it in this action.

WHEREFORE, Lufthansa and the undersigned respectfully request that the motion be allowed and that David Ogden and Ethan G. Shenkman be admitted to practice before this Court for the duration of this action.

Dated: July 15, 2005

>                       Wilmer Cutler Pickering Hale and Dorr LLP
>                       Attorneys for Deutsche Lufthansa, A.G.
>
>               By:     /s/ Daniel M. Esrick
>                       Daniel M. Esrick BBO # 647676
>                       60 State Street
>                       Boston, MA 02109
>                       (617) 526-6000 (Tel)
>                       (617) 526-5000 (Fax)

### Local Rule 7.1(A)(2) Certification

I hereby certify that I sought and obtained assent to the above motion from counsel of record in this matter.

> /s/ Daniel M. Esrick
> Daniel M. Esrick
> July 15, 2005

### CERTIFICATE OF SERVICE

I, Daniel M. Esrick, hereby certify that a copy of the foregoing document and attached exhibits have been served by electronic mail or facsimile this 15th day of July, 2005, upon counsel of record for all parties.

> /s/ Daniel M. Esrick
> Daniel M. Esrick

US1DOCS 4959262v2

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELTA AIR LINES, INC.. et al., <br><br> Defendants. | Civil Action No. <br> 04-12558-NMG |

## LR 83.5.3(b) DECLARATION OF ETHAN G. SHENKMAN FOR ADMISSION *PRO HAC VICE*

1. Pursuant to Local Rule 83.5.3(b), I, Ethan G. Shenkman, on the basis of personal knowledge, declare as follows:

2. I am counsel at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3. I am an attorney duly admitted and licensed to practice law in the following jurisdictions: District of Columbia and State of New York. I am also duly admitted to practice law before the following courts: United States Courts of Appeal for the 4th and 9th Circuits and the United States Supreme Court.

4. I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5. I am not currently suspended or disbarred in any jurisdiction.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on July 8, 2005

_____
Ethan G. Shenkman

2

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HARRINGTON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DELTA AIR LINES, INC.. et al., )<br>)<br>Defendants. ) | Civil Action No.<br>04-12558-NMG |

## LR 83.5.3(b) DECLARATION OF DAVID W. OGDEN
## FOR ADMISSION *PRO HAC VICE*

1. Pursuant to Local Rule 83.5.3(b), I, David Ogden, on the basis of personal knowledge, declare as follows:

2. I am partner at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, with offices at 2445 M Street, N.W., Washington, DC 20037, telephone number (202) 663-6000.

3. I am an attorney duly admitted and licensed to practice law in theDistrict of Columbia. I am also duly admitted to practice law before the following courts: District of Columbia Court of Appeals and the United States Supreme Court, among others.

4. I am in good standing and eligible to practice law in all of the above jurisdictions and before all of the above courts.

5. I am not currently suspended or disbarred in any jurisdiction.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. Defendant Lufthansa, A.G. has requested that Wilmer, Cutler, Pickering, Hale and Dorr LLP represent them in this case.

I declare, under the pains and penalty of perjury, that the foregoing is true and correct.

Executed on July 11, 2005

David W. Ogden

2