UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al.,<br><br>　　　　　Plaintiffs<br>v.<br><br>DELTA AIR LINES, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No.<br>04-12558-NMG |

## THE DOMESTIC DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Local Rule 7.1(B)(4), Defendants Delta Air Lines, Inc., American Airlines, Inc., Northwest Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., Airlines Reporting Corp., and Air Transport Association of America, Inc. (collectively the "Domestic Defendants") hereby move, with the assent of the Plaintiffs, for leave to file a brief in excess of twenty pages in support of their Motion to Dismiss the Amended Complaint, attached hereto. By stipulation of the parties, the Domestic Defendants withdrew their motion to dismiss the original Complaint, and the Plaintiffs subsequently filed an 27-page Amended Complaint, adding new defendants and causes of action. As grounds for the present motion, the Domestic Defendants state that a brief of over twenty pages is necessary due to the number of parties and causes of action involved in the case and the length of the Amended Complaint.

WHEREFORE, the Domestic Defendants respectfully request that their motion be allowed, their memorandum in support of their Motion to Dismiss the Amended

Complaint be accepted for filing, and for such other and further relief as this Court deems just and proper.

Dated: July 15, 2005

DECHERT LLP

By: /s/ Matthew A. Porter

Matthew A. Porter, BBO #630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

Attorneys for Delta Air Lines, Inc.,
American Airlines, Inc., Northwest Airlines,
Inc., Alaska Airlines, Inc., Continental
Airlines, Inc., Southwest Airlines Co.,
Airlines Reporting Corp., and
Air Transport Association of America, Inc.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for ATA attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs, who has assented to this Motion.

/s/ Matthew A. Porter
Matthew A. Porter
July 15, 2005