UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CRAIG BUCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04-12558-NG |
| | ) | |
| ALASKA AIRLINES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant, Federal Aviation Administration, in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3282
Fax No. (617) 748-3971

## CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by either electronic filing or by first class mail to all parties of record.

/s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney

Dated: July 28, 2005