UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG BUCK, KENNETH MICCICHE, VALERIE L. PAWSON, CAROLINE MARSHALL-SMITH, WANDA MILLS, JEFF GOLUMBUK, ANESIA KALAITZIDIS, ATHANASE KARAGIORGOS, AND JENNIFER TSOUVRAKAS, ON BEHALF OF THEMSELVES AND OTHERS<br>          Plaintiffs<br><br>v.<br><br>ALASKA AIRLINES, AMERICAN AIRLINES, CONTINENTAL AIRLINES, DELTA AIR LINES, INC., NORTHWEST AIRLINES, SOUTHWEST AIRLINES CO., d/b/a SOUTHWEST AIRLINES, CHINA EASTERN AIRLINES CORP. LTD., CHINA SOUTHERN AIRLINES CO. LTD., AER LINGUS LIMITED, ALITALIA-LINEE AEREE ITALIANE S.P.A., d/b/a ALITALIA AIRLINES, BRITISH AIRWAYS, PLC, d/b/a BRITISH AIRWAYS, DEUTSCHE LUFTHANSA, A.G., d/b/a LUFTHANSA AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, d/b/a OLYMPIC AIRWAYS, AIR TRANSPORT ASSOCIATION OF AMERICA, INC., AIRLINES REPORTING CORP., and the FEDERAL AVIATION ADMINISTRATION<br>          Defendants | CIVIL ACTION NO. 04-12558-NMG |

MOTION OF THE DEFENDANT, AER LINGUS, TO DISMISS THE
PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, Aer Lingus, hereby moves to dismiss the Plaintiffs' Amended Complaint,

Jury Claim, and Request for Class Certification (the "Amended Complaint") pursuant to Fed. R.

Civ. P. 12(b)(6).

As grounds for its motion, Aer Lingus states that dismissal is proper because the

plaintiffs' claims are expressly preempted and barred by federal law and, as a matter of law, the

plaintiffs have failed to state a claim as to each of the separate counts alleged in the Amended Complaint.  In support of this Motion the defendant adopts and incorporates by reference those arguments contained in the Memorandum of Law in Support of the Domestic Defendants' Motion to Dismiss.

WHEREFORE, the defendant, Aer Lingus, respectfully requests that the Amended Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper.

AER LINGUS
By its attorneys,

 /s/ Kevin C. Cain
Kevin C. Cain, BBO #550055
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
Dated:  July 29, 2005              617) 951-2100

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Aer Lingus attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs but was unable to do so.

/s/ Kevin C. Cain
July 29, 2005

619821_1

2