UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG BUCK, KENNETH MICCICHE, VALERIE L. PAWSON, CAROLINE MARSHALL-SMITH, WANDA MILLS, JEFF GOLUMBUK, ANESIA KALAITZIDIS, ATHANASE KARAGIORGOS, AND JENNIFER TSOUVRAKAS, ON BEHALF OF THEMSELVES AND OTHERS<br>            Plaintiffs<br><br>v.<br><br>ALASKA AIRLINES, AMERICAN AIRLINES, CONTINENTAL AIRLINES, DELTA AIR LINES, INC., NORTHWEST AIRLINES, SOUTHWEST AIRLINES CO., d/b/a SOUTHWEST AIRLINES, CHINA EASTERN AIRLINES CORP. LTD., CHINA SOUTHERN AIRLINES CO. LTD., AER LINGUS LIMITED, ALITALIA-LINEE AEREE ITALIANE S.P.A., d/b/a ALITALIA AIRLINES, BRITISH AIRWAYS, PLC, d/b/a BRITISH AIRWAYS, DEUTSCHE LUFTHANSA, A.G., d/b/a LUFTHANSA AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, d/b/a OLYMPIC AIRWAYS, AIR TRANSPORT ASSOCIATION OF AMERICA, INC., AIRLINES REPORTING CORP., and the FEDERAL AVIATION ADMINISTRATION<br>            Defendants | CIVIL ACTION NO. 04-12558-NMG |

MOTION OF THE DEFENDANT, ALITALIA-LINEE AEREE ITALIANE S.P.A.,
d/b/a ALITALIA AIRLINES, TO DISMISS THE
PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, Alitalia-Linee Aeree Italiane S.P.A., d/b/a Alitalia Airlines ("Alitalia"), hereby moves to dismiss the Plaintiffs' Amended Complaint, Jury Claim, and Request for Class Certification (the "Amended Complaint") pursuant to Fed. R. Civ. P. 12(b)(6).

As grounds for its motion, Alitalia states that dismissal is proper because the plaintiffs' claims are expressly preempted and barred by federal law and, as a matter of law, the plaintiffs

have failed to state a claim as to each of the separate counts alleged in the Amended Complaint. In support of this Motion the defendant adopts and incorporates by reference those arguments contained in the Memorandum of Law in Support of the Domestic Defendants' Motion to Dismiss.

Alitalia further states that it is an "agency" or "instrumentality" of a "foreign state" within the meaning of 28 U.S.C. §1603 et seq. (the Foreign Sovereign Immunities Act of 1976) and, accordingly, is entitled to, and does here assert, all of the privileges, immunities and defenses provided to ALITALIA by virtue of said Act, *codified* at 28 U.S.C. §§1330, 1332, 1391(f), 1441(d) and 1602-1611, including the right to trial by the Court without jury.

WHEREFORE, the defendant, Alitalia, respectfully requests that the Amended Complaint be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper.

|  |  |
|---|---|
|  | ALITALIA-LINEE AEREE ITALIANE S.P.A., d/b/a ALITALIA AIRLINES |
|  | By its attorneys, |
|  | /s/ Kevin C. Cain<br>Kevin C. Cain, BBO #550055<br>Peabody & Arnold LLP<br>30 Rowes Wharf<br>Boston, MA  02110 |
| Dated:  July 29, 2005 | (617) 951-2100 |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Alitalia attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs but was unable to do so.

/s/ Kevin C. Cain
July 29, 2005

619829_1

2