UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT J. HARRINGTON, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>DELTA AIRLINES, INC., et al.,<br><br>　　Defendants. | Civil Action No<br>04-12558-NMG |

## DEUTSCHE LUFTHANSA A.G.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant Deutsche Lufthansa, A.G. ("Lufthansa"), by its attorneys, hereby moves to dismiss plaintiffs' claims against Lufthansa set forth in plaintiffs' amended complaint, jury claim, and request for class certification (the "complaint") pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

As grounds for its motion, Lufthansa states that plaintiffs' claims against Lufthansa should be dismissed because (1) plaintiffs lack standing to raise such claims against Lufthansa and, therefore, this Court lacks subject-matter jurisdiction over those claims; (2) plaintiffs' claims are expressly preempted and barred by federal law; and (3) plaintiffs have failed to state a claim as to each count alleged in the complaint.

WHEREFORE, Lufthansa respectfully requests that plaintiffs' claims against Lufthansa be dismissed pursuant to Fed R. Civ. P. 12(b)(1) or 12(b)(6), and for such other and further relief

1

as this Court deems just and proper.

                                                  Respectfully submitted,

                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  Attorneys for Deutsche Lufthansa, A.G.

Dated: July 29, 2005                         By: /s/ Daniel M. Esrick
                                                  Daniel M. Esrick, BBO # 647676
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  60 State Street
                                                  Boston, MA 02109
                                                  (617) 526-6000
                                                  (617) 526-5000 (fax)

                                                  David W. Ogden, Esq. (Admitted *pro hac vice*)
                                                  Ethan G. Shenkman, Esq. (Admitted *pro hac vice*)
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  2445 M Street, NW
                                                  Washington, D.C. 20037
                                                  (202) 663-6000

*Of Counsel:*
Anne K. Small
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     I certify that counsel for Lufthansa attempted in good faith to resolve the issues presented in this Motion with counsel for the plaintiffs but were unable to do so.

                                                  /s/ Daniel M. Esrick
                                                  Daniel M. Esrick
                                                  July 29, 2005

2

**[PROPOSED] ORDER**

      Defendant Deutsche Lufthansa A.G.'s Motion to Dismiss Plaintiffs' Amended Complaint is GRANTED.

                                                                                _____
                                                                                The Honorable Nathaniel M. Gorton
                                                                                United States District Court Judge

Dated: _____, 2005

2

2

**CERTIFICATE OF SERVICE**

     I, Daniel M. Esrick, hereby certify that a copy of the foregoing document has been served by electronic mail or facsimile on this 29th day of July 2005, upon counsel of record for all parties.

                                               /s/_____
                                               Daniel M. Esrick
                                               July 29, 2005

US1DOCS 4958281v3