UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT J. HARRINGTON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-12558-NG |
| DELTA AIRLINES, Inc., et al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT FEDERAL AVIATION ADMINISTRATION'S
UNOPPOSED MOTION
<u>FOR EXTENSION OF TIME TO ANSWER</u>**

The United States, on behalf of the Federal Aviation Administration, an agency of the United States, requests that this Court grant it an extension to file its Answer and/or Response to the Amended Complaint up to and including September 13, 2005.

Counsel for United States requests the extension in order that she may have time to obtain the necessary documents and/or records from the Federal Aviation Administration, and to consult with its counsel regarding the Complaint.

Counsel for the plaintiffs does not oppose this motion or any extension of time.

-2-

Accordingly, the United States of America respectfully requests that this Court permit the filing of a response on September 13, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Anita Johnson
        ANITA JOHNSON
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way - Suite 9200
        Boston, Mass. 02210
        (617) 748-3266

**CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE**

I certify that the foregoing has been served upon counsel of record by electronic notice or by first class mail postage paid, and that I conferred with counsel for the plaintiffs, Evans J. Carter, Esq., Hargraves, Karb, Wilcox & Galvani, 2nd Floor, West Wing, 550 Cochituate Road, P. O. Box 966, Framingham, MA. 02492, and he did not oppose this Motion or any extension of time to answer, both on this 9th day of August, 2005.

        /s/Anita Johnson