```
                    United States District Court
                      District of Massachusetts
```

```
_____
                               )
ROBERT J. HARRINGTON, et al.,  )
                               )
        Plaintiffs,            )
                               )   Civil Action No.
        v.                     )   04-12558-NMG
                               )
DELTA AIR LINES, INC., et al.  )
                               )
        Defendants.            )
_____)
```

ORDER

**GORTON, J.**

Because plaintiffs have filed an amended complaint, the Court makes the following rulings on outstanding motions in this case:

1.  Motion of Air Transport Association of America, Inc. to Dismiss the Complaint for Lack of Personal Jurisdiction (Docket No. 20) is **DENIED** as moot;

2.  Domestic Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 23) is **DENIED** as moot;

3.  Defendant Alaska Airlines' Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 25) is **DENIED** as moot;

4.  Deutsche Lufthansa A.G.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) (Docket No. 35) is **DENIED** as

      moot; and

5. Defendant Federal Aviation Administration's Unopposed Motion for Extension of Time to Answer (Docket No. 71) is **ALLOWED**.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: August 15, 2005