UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. HARRINGTON, FAYE BYRON, CRAIG BUCK, VALERIE L. PAWSON, RAY DRASNIN, WANDA MILLS, JEFF GOLUMBUK, CAROLINE MARSHALL-SMITH, ANESIA KALAITZIDIS, KENNETH IVANOVITZ, ATHANASE KARAGIORGOS, HARRIET ZALWANGO, MICHAEL BLAU, KENNETH MICCICHE and JENNIEE TSOUVRAKAS, on behalf of themselves and others,

                Plaintiff,

-against-

DELTA AIRLINES, INC., AMERICAN AIRLINES, US AIRWAYS GROUP, INC., d/b/a US AIRWAYS, NORTHWEST AIRLINES, UNITED AIRLINES, INC., ALASKA AIRLINES, CONTINENTAL AIRLINES AIR CANADA, CHINA EASTERN AIRLINES CORPORATION LIMITED, CHINA SOUTHERN AIRLINES COMPANY LIMITED, DEUTSCHE LUFTHANSA, A.G., d/b/a LUFTHANSA AIRLINES, SWISS INTERNATIONAL AIRLINES LTD., d/b/a SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a BRITISH AIRWAYS, MIDWAY AIRLINES CORP., d/b/a MIDWAY AIRLINES, ALITALIA-LINEE AEREE ITALIANE S.p.A., d/b/a ALITALIA AIRLINES, SOUTHWEST AIRLINES, CO., d/b/a SOUTHWEST AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, d/b/a OLYMPIC AIRWAYS and AIR TRANSPORT ASSOCIATION

                Defendants.

Case No.: 04-CV-12558-NMG

**CONSENT TO CHANGE ATTORNEYS**

*IT IS HEREBY CONSENTED THAT*, KAPLAN, von OHLEN & MASSAMILLO, LLC located at 90 Park Avenue, 18th Floor, New York, New York, 10016, be substituted as attorneys of record for the Defendant, ALITALIA-LINEE AEREE ITALIANE, S.p.A., in the above entitled action in place and stead of BIEDERMANN, HOENIG, MASSAMILLO & RUFF P.C. located at 90 Park Avenue, 36th Floor, New York, New York, 10016, as of the date hereof.

Dated: New York, New York
       August 2, 2005

Biedermann, Hoenig, Massamillo & Ruff, P.C.   Kaplan, von Ohlen & Massamillo, LLC

By: _____              By: _____
    Leslie F. Ruff (LR-0778)                   Eugene Massamillo (EM - 6942)
    90 Park Avenue, 36th Floor                 90 Park Avenue, 18th Floor
    New York, New York 10016                   New York, New York 10016
    Tel:   (212) 697-6555                      Tel:   (212) 455-9252

ALITALIA-LINEE AEREE ITALIANE, S.p.A.,

By: _____
    Francesco Gallo