UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. HARRINGTON, FAYE BYRON, CRAIG BUCK, VALERIE L. PAWSON, RAY DRASNIN, WANDA MILLS, JEFF GOLUMBUK, CAROLINE MARSHALL-SMITH, ANESIA KALAITZIDIS, KENNETH IVANOVITZ, ATHANASE KARAGIORGOS, HARRIET ZALWANGO, MICHAEL BLAU, KENNETH MICCICHE and JENNIEE TSOUVRAKAS, on behalf of themselves and others,

     Plaintiff,

-against-

DELTA AIRLINES, INC., AMERICAN AIRLINES, US AIRWAYS GROUP, INC., d/b/a US AIRWAYS, NORTHWEST AIRLINES, UNITED AIRLINES, INC., ALASKA AIRLINES, CONTINENTAL AIRLINES AIR CANADA, CHINA EASTERN AIRLINES CORPORATION LIMITED, CHINA SOUTHERN AIRLINES COMPANY LIMITED, DEUTSCHE LUFTHANSA, A.G., d/b/a LUFTHANSA AIRLINES, SWISS INTERNATIONAL AIRLINES LTD., d/b/a SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a BRITISH AIRWAYS, MIDWAY AIRLINES CORP., d/b/a MIDWAY AIRLINES, ALITALIA-LINEE AEREE ITALIANE S.p.A., d/b/a ALITALIA AIRLINES, SOUTHWEST AIRLINES, CO., d/b/a SOUTHWEST AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, d/b/a OLYMPIC AIRWAYS and AIR TRANSPORT ASSOCIATION

     Defendants.

Case No.: 04-CV-12558-NMG

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE THAT**, the undersigned is hereby substituted as attorney of record for defendant, ALITALIA-LINEE AEREE ITALIANE, S.p.A., in this action.

Dated: New York, New York
      August 17, 2005

                              KAPLAN, von OHLEN & MASSAMILLO, LLC

By: _____
      Eugene Massamillo (EM - 6942)
      Thomas Carulli (TC-3085)
Attorneys for Defendants
ALITALIA-LINEE AEREE ITALIANE, S.p.A.

90 Park Avenue, 18th Floor
New York, New York 10016
Tel: (212) 455-9252