UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| ROBERT J. HARRINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04-12558-NG |
| | ) | |
| DELTA AIRLINES, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

**DEFENDANT FEDERAL AVIATION ADMINISTRATION'S
SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER**

The United States, on behalf of the Federal Aviation Administration, an agency of the United States, requests that this Court grant it an extension to file its Answer and/or Response to the Amended Complaint up to and including September 30, 2005.

Although the government has made substantial progress in evaluating the Complaint, an additional extension is requested in order that counsel may have time to obtain the necessary documents and/or records from the Federal Aviation Administration, and to consult with its counsel regarding the appropriate response.

Counsel for the plaintiffs does not oppose this motion.

Accordingly, the United States of America respectfully requests that this Court permit the filing of a response on September 30, 2005.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney


                        /s/ Anita Johnson
                        ANITA JOHNSON
                        Assistant U.S. Attorney
                        U.S. Attorney's Office
                        John Joseph Moakley U.S. Courthouse
                        1 Courthouse Way - Suite 9200
                        Boston, Mass. 02210
                        (617) 748-3266


**CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE**

I certify that the foregoing has been served upon counsel of record by electronic notice or by first class mail postage paid, on this 2nd day of September 2005, and that I conferred with counsel for the plaintiffs, Evans J. Carter, Esq., Hargraves, Karb, Wilcoz & Galvani, 2nd Floor, West Wing, 550 Cochituate Road, P. O. Box 966, Framingham, MA. 02492, and he did not oppose the extension of time requested.

                        /s/Anita Johnson