UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT HARRINGTON, et al.,<br><br>   Plaintiffs<br>v.<br><br>DELTA AIR LINES, INC., et al.,<br><br>   Defendants. | Civil Action No.<br>04-12558-NMG |

**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

PLEASE TAKE NOTICE that on September 14, 2005, Delta Air Lines, Inc., and the affiliated companies listed below filed a Voluntary Petition for relief and the United States Bankruptcy Court for the Southern District of New York entered an Order for Relief under Chapter 11 of Title 11 of the United States Code in the following cases:

 Delta Air Lines, Inc., Case No. 05-17923-PCB
 ASA Holdings, Inc., Case No. 05-17946-PCB
 Comair Holdings, LLC, Case No. 05-17931-PCB
 Comair, Inc., Case No. 05-17924-PCB
 Comair Services, Inc., Case No. 05-17935-PCB
 Crown Rooms, Inc., Case No. 05-17922-PCB
 DAL Aircraft Trading, Inc., Case No. 05-17941-PCB
 DAL Global Services, LLC, Case No. 05-17928-PCB
 DAL Moscow, Inc., Case No. 05-17937-PCB
 Delta AirElite Business Jets, Inc., Case No. 05-17942-PCB
 Delta Benefits Management, Inc., Case No. 05-17945-PCB
 Delta Connection Academy, Inc., Case No. 05-17926-PCB
 Delta Corporate Identity, Inc., Case No. 05-17932-PCB
 Delta Loyalty Management Services, LLC, Case No. 05-17939-PCB
 Delta Technology, LLC, Case No. 05-17927-PCB
 Delta Ventures III, LLC, Case No. 05-17936-PCB
 Epsilon Trading, Inc., Case No. 05-17943-PCB
 Kappa Capital Management, Inc., Case No. 05-17947-PCB
 Song, LLC, Case No. 05-17921-PCB

PLEASE TAKE FURTHER NOTICE that the filing of the Voluntary Petition and entry of the Order for Relief creates an automatic stay that enjoins and restrains certain acts and proceedings against any of these debtors or their property as provided in 11 U.S.C. §362, unless relief from the automatic stay is first granted by the United States Bankruptcy Court for the Southern District of New York. Prohibited acts include, without limitation, the commencement or continuation of any judicial proceeding against the debtor that was or could have been commenced before the filing of the petition, any attempt to enforce a judgment against the debtors or their property, any act to obtain possession of or exercise control over the property of the estate, or any act to create, perfect, or enforce any lien against the property of the estate. See 11 U.S.C. § 362 and Federal Rule of Bankruptcy Procedure 4001 for exceptions and procedures to follow in seeking relief from the automatic stay.

Dated: September 16, 2005

DECHERT LLP

By: /s/ Matthew Porter
Matthew A. Porter, BBO #630625
Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

Attorneys for Delta Air Lines, Inc.