## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT J. HARRINGTON, et al.,

Plaintiffs

v.

DELTA AIRLINES, INC., et al.,

Defendants

Civil Action No. 04-12558-NMG

### NOTICE OF CHANGE OF FIRM NAME AND MAILING ADDRESS FOR PLAINTIFFS' COUNSEL

Notice is herewith provided that effective as of September 1, 2005, Evans J. Carter, Esq., as counsel for the plaintiffs, has changed his firm name and mailing address to:

Evans J. Carter, PC
P.O. Box 812
Framingham, MA 01701
Telephone: (508) 875-1669
Telefax: (508) 875-1449

Robert J. Harrington, et al.
Plaintiffs
By their attorney,

/s/ Evans J. Carter
Evans J. Carter, Esq. (BBO. #076560)
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701
Telephone: (508) 875-1669
Telefax: (508) 875-1449

DATED: September 15, 2005