UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al., )<br>)<br>Plaintiffs )<br>v. )<br>)<br>DELTA AIR LINES, INC., et al., )<br>)<br>Defendants. ) | Civil Action No.<br>04-12558-NMG |

**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED that on September 14, 2005, Defendant Northwest Airlines, Inc. ("NWA"), filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), captioned *In re Northwest Airlines Corporation, et al., Debtors*; jointly administered, Case No. 05-17930 (ALG), in the United States Bankruptcy Court for the Southern District of New York.

PLEASE BE FURTHER ADVISED that the above-captioned action has been automatically stayed. Pursuant to section 362 of the Bankruptcy Code, the filing of the bankruptcy petition automatically stays, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]." 11 U.S.C. § 362(a)(1).

NYLIB5 857399.1

Dated: September 19, 2005

                                          DECHERT LLP

                                        By: /s/ Matthew Porter
                                        Matthew A. Porter, BBO #630625
                                        Michael S. Shin, BBO # 658134
                                        200 Clarendon Street, 27th Floor
                                        Boston, MA 02116
                                        (617) 728-7100

                                        Attorneys for Northwest Airlines, Inc.