UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CRAIG BUCK, KENNETH MICCICHE, VALERIE L. PAWSON, CAROLINE MARSHALL-SMITH, WANDA MILLS; JEFF GOLUMBUK, ANESIA KALAITZIDIS, ATHANASE KARAGIORGOS; AND JENNIFER TSOUVRAKAS, on behalf of themselves and others, : *Plaintiffs*, : *v.* : ALASKA AIRLINES, AMERICAN AIRLINES, CONTINENTAL AIRLINES, DELTA AIR LINES, INC., NORTHWEST AIRLINES, SOUTHWEST AIRLINES CO., d/b/a SOUTHWEST AIRLINES, CHINA EASTERN AIRLINES CORP. LTD, CHINA SOUTHERN AIRLINES CO. LTD., AER LINGUS LIMITED, ALITALIA-LINEE AEREE ITALINE S.P.A., D/B/A ALITALIA AIRLINES, BRITISH AIRWAYS, PLC, D/B/A BRITISH AIRWAYS, DEUTSCHE LUFTHANSA, A.G., D/B/A LUFTHANSA AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, D/B/A OLYMPIC AIRWAYS, AIR TRANSPORT ASSOCIATION OF AMERICA, INC., AIRLINES REPORTING CORP., AND THE FEDERAL AVIATION ADMINISTRATION : *Defendants*. | 04 12558 NMG **CHINA EASTERN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

------------------------------------------------------------------x

Defendant China Eastern Airlines Company Limited (hereinafter "CHINA EASTERN"), hereby moves, pursuant to the requirements of Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the claims asserted by the plaintiff on the grounds that the Court lacks

personal jurisdiction over CHINA EASTERN.

As grounds for its motion, CHINA EASTERN refers the Court to the Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, as well as the Declaration of Mr. Gion Qiao Yi in support of CHINA EASTERN's Motion to Dismiss for Lack of Personal Jurisdiction which are filed herewith.

WHEREFORE, CHINA EASTERN respectfully requests that its motion be allowed.

## REQUEST FOR ORAL ARGUMENT

Defendant CHINA EASTERN respectfully requests oral argument on its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) in order to assist the Court in resolving the issues raised.

Dated:  September 21, 2005

By:   /s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, Esquire, BBO #:546512
CAMPBELL CAMPBELL EDWARDS
& CONROY P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

-and-

CONDON & FORSYTH LLP
Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC  20036
(202) 289-0500

Attorneys for Defendant
CHINA EASTERN AIRLINES COMPANY LTD

To:    Evans J. Carter, Esq.
HARGARVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA 01701-0966
(508) 620-0140
Attorneys for Plaintiffs

Matthew A. Porter, Esq.
Michael S. Shin, Esq.
DECHERT LLP
John Hancock Tower
200 Clarendon Street
27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Defendants
Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC 20036
(202) 289-0500
Attorneys for Defendants
China Eastern Airlines
Corporation Limited, China Southern
Airlines Corporation Limited and
Swiss International Airlines, LTD.,
d/b/a SwissAir

Daniel M. Esrick, Esq.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6529
Attorneys for Defendant
Deutsche Lufthansa, AG d/b/a
Lufthansa Airlines; British Airways, PLC

Kevin C. Cain, Esq.
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2045
Attorneys for Defendants
Alitalia-Linee Aeree Italiane S.p.A., d/b/a
Alitalia Airlines

Michael Lawrence Cornell, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1043
Attorneys for Defendant
Alaska Airlines

Eugene Massamillo, Esq.
Peter W. Beadle, Esq.
Thomas Carulli, Esq.
BIEDERMANN, HOENIG, MASSAMILLO & RUFF
90 Park Avenue
New York, New York 10000
Attorneys for Defendant
Alitalia-Linee Aeree Italiane S.p.A.
d/b/a Alitalia Airlines

Airlines Reporting Corp.
Defendant Pro Se
Arlington, Virginia

                                              /s/ Kathleen M. Guilfoyle
                                              Kathleen M. Guilfoyle

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
:
ROBERT J. HARRINGTON, FAYE BYRON,
CRAIG BUCK, VALERIE L. PAWSON,           04 12558 NMG
RAY DRASNIN, WANDA MILLS, JEFF           :
GOLUMBUK, CAROLINE MARSHALL-
SMITH, ANESIA KALAITZIDIS,               : **DECLARATION OF MR. QIAN**
KENNETH IVANOVITZ, ATHANASE              **QIAO YI IN SUPPORT OF**
KARAGIORGOS, HARRIET ZALWANGO.           : **CHINA EASTERN'S MOTION**
MICHAEL BLAU, KENNETH MICCICHE           **TO DISMISS FOR LACK OF**
and JENNIEE TSOUVRAKAS, on behalf of     : **PERSONAL JURISDICTION**
themselves and others,
                                         :
                Plaintiffs,
                                         :
        - against -
                                         :
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,        :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,         :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, OLYMPIC            :
AIRLINES CORPORATION LIMITED,
CHINA SOUTHERN AIRLINES COMPANY          :
LIMITED, DEUTSCHE LUFTHANSA, A.G.,
d/b/a LUFTHANSA AIRLINES, SWISS          :
INTERNATIONAL AIRLINES LTD., d/b/a
SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a    :
BRITISH AIRWAYS, MIDWAY AIRLINES
CORP., d/b/a MIDWAY AIRLINES,            :
ALITALIA-LINEE AEREE ITALIANE S.p.A.,
d/b/a ALITALIA AIRLINES, SOUTHWEST       :
AIRLINES, CO., d/b/a SOUTHWEST
AIRLINES, CHINA EASTERN AIRWAYS-         :
SERVICES, SA, d/b/a CHINA EASTERN
AIRWAYS and AIR TRANSPORT                :
ASSOCIATION,
                                         :
                Defendants.
-----------------------------------------------------------------x

Mr. Qian Qiao Yi declares and states:

1. My name is Qian Qiao Yi. I am over the age of 21. I have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and am mentally competent in all respects to make this affidavit and take this oath. The facts contained within this affidavit are based upon my personal knowledge and the files maintained in the offices of China Eastern.

2. I am the United States general manager of China Eastern Airlines Company Limited (hereinafter "China Eastern") located in California.

3. I am submitting this declaration in support of the motion by China Eastern to dismiss the complaint filed by plaintiffs in the above captioned case for lack of personal jurisdiction over China Eastern.

4. China Eastern is a corporation organized under the laws of China with its principal place of business located at Shanghai, China. China Eastern is an airline engaged in international transportation and domestic air transportation within China.

5. China Eastern operates no flights to Massachusetts and has never operated flights to Massachusetts.

6. China Eastern has no permanent employees in Massachusetts.

7. China Eastern has no offices in Massachusetts.

8. China Eastern has no bank accounts in Massachusetts.

9. China Eastern does not advertise in Massachusetts through local newspapers, magazines, radio or television.

10. China Eastern does not conduct any charter flights or tours originating or ending in Massachusetts.

11. China Eastern is not a code share partner on any flights operated by another airline which originate or end in Massachusetts.

12. China Eastern has never owned, rented or leased any property of any kind in Massachusetts. It has no personal property there.

13. China Eastern does not purchase aircraft or aircraft parts from entities in Massachusetts.

14. China Eastern is not registered to do business in Massachusetts.

15. China Eastern has never had a registered agent in Massachusetts.

16. China Eastern has never had a post office box in Massachusetts.

17. China Eastern has never had a telephone number or mail drop in Massachusetts.

18. China Eastern has a website which can be viewed worldwide, although the English translation function and credit card purchase function have generally not been operational. Because of these technical problems, China Eastern has no record of tickets being purchased via the website by Massachusetts citizens.

19. China Eastern has a contract with one travel agent located in Massachusetts who began selling China Eastern tickets in 2005 and who has made limited ticket sales, $320,595.99 on sales to 352 passengers, as of August 9, 2005.

20. Plaintiff, Jeff Golumbuk purchased a ticket on a China Eastern flight from Los Angeles to Beijing, China in September, 2002.

21. The ticket was purchased from Holt Travel & Tours which is located in California.

_____
Mr. Qian Qiao Yi

Personally appeared before me, Qian Qiao Yi, who being duly sworn, stated that the foregoing affidavit is true and correct to the best of his knowledge, information, and belief.

Sworn to this 6TH day of September, 2005.



_____
Notary Public

My Commission Expires:

OCT 28, 2005