UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x

CRAIG BUCK, KENNETH MICCICHE, VALERIE L. PAWSON, CAROLINE MARSHALL-SMITH, WANDA MILLS; JEFF GOLUMBUK, ANESIA KALAITZIDIS, ATHANASE KARAGIORGOS; AND JENNIFER TSOUVRAKAS, on behalf of themselves and others,

: 04 12558 NMG

: **CHINA SOUTHERN'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

*Plaintiffs,*

*v.*

ALASKA AIRLINES, AMERICAN AIRLINES, CONTINENTAL AIRLINES, DELTA AIR LINES, INC., NORTHWEST AIRLINES, SOUTHWEST AIRLINES CO., d/b/a SOUTHWEST AIRLINES, CHINA EASTERN AIRLINES CORP. LTD, CHINA SOUTHERN AIRLINES CO. LTD., AER LINGUS LIMITED, ALITALIA-LINEE AEREE ITALINE S.p.A., D/B/A ALITALIA AIRLINES, BRITISH AIRWAYS, PLC, D/B/A BRITISH AIRWAYS, DEUTSCHE LUFTHANSA, A.G., D/B/A LUFTHANSA AIRLINES, OLYMPIC AIRWAYS-SERVICES, SA, D/B/A OLYMPIC AIRWAYS, AIR TRANSPORT ASSOCIATION OF AMERICA, INC., AIRLINES REPORTING CORP., AND THE FEDERAL AVIATION ADMINISTRATION

*Defendants.*

------------------------------------------------------------------x

Defendant China Southern Airlines Company Limited (hereinafter "CHINA SOUTHERN"), hereby moves, pursuant to the requirements of Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the claims asserted by the plaintiff on the grounds that the

Court lacks personal jurisdiction over CHINA SOUTHERN.

As grounds for its motion, CHINA SOUTHERN refers the Court to the Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, as well as the Declaration of Aizhen Ye in support of CHINA SOUTHERN's Motion to Dismiss for Lack of Personal Jurisdiction which are filed herewith.

WHEREFORE, CHINA SOUTHERN respectfully requests that its motion be allowed.

## REQUEST FOR ORAL ARGUMENT

Defendant CHINA SOUTHERN respectfully requests oral argument on its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) in order to assist the Court in resolving the issues raised.

Dated: September 30, 2005

By: /s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, Esquire, BBO #546512
CAMPBELL CAMPBELL EDWARDS
& CONROY P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

-and-

CONDON & FORSYTH LLP
Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC 20036
(202) 289-0500

Attorneys for Defendant
CHINA EASTERN AIRLINES COMPANY LTD

To:    Evans J. Carter, Esq.
HARGARVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road – P.O. Box 966
Framingham, MA 01701-0966
(508) 620-0140
Attorneys for Plaintiffs

Matthew A. Porter, Esq.
Michael S. Shin, Esq.
DECHERT LLP
John Hancock Tower
200 Clarendon Street
27th Floor
Boston, MA 02116
(617) 728-7100
Attorneys for Defendants
Delta Air Lines, Inc.,
American Airlines, Inc., Northwest
Airlines, Inc., Alaska Airlines, Inc.
Continental Airlines, Inc., Southwest
Airlines Co., and Air Transport
Association of America, Inc.

Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC 20036
(202) 289-0500
Attorneys for Defendants
China Eastern Airlines
Corporation Limited, China Southern
Airlines Corporation Limited and
Swiss International Airlines, LTD.,
d/b/a SwissAir

Daniel M. Esrick, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6529
Attorneys for Defendant
Deutsche Lufthansa, AG d/b/a
Lufthansa Airlines; British Airways, PLC

3

Kevin C. Cain, Esq.
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2045
Attorneys for Defendants
Alitalia-Linee Aeree Italiane S.p.A., d/b/a
Alitalia Airlines

Michael Lawrence Cornell, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1043
Attorneys for Defendant
Alaska Airlines

Eugene Massamillo, Esq.
Peter W. Beadle, Esq.
Thomas Carulli, Esq.
BIEDERMANN, HOENIG, MASSAMILLO & RUFF
90 Park Avenue
New York, New York 10000
Attorneys for Defendant
Alitalia-Linee Aeree Italiane S.p.A.
d/b/a Alitalia Airlines

Airlines Reporting Corp.
Defendant Pro Se
Arlington, Virginia

/s/ Kathleen M. Guilfoyle