UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HARRINGTON, *et al* | ) |
| | ) CIVIL NO. |
| Plaintiffs, | ) 04-12558-NMG |
| | ) |
| v. | ) |
| | ) |
| DELTA AIRLINES, *et al,* | ) |
| | ) |
| Defendants. | ) |

### FEDERAL AVIATION ADMINISTRATION'S MOTION TO DISMISS

Pursuant to Rule 12(b), Federal Rules of Civil Procedure, for the reasons set forth in the accompanying memorandum, the Federal Aviation Administration requests that this Court dismiss the Complaint as against it.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
ANITA JOHNSON
Assistant U.S. Attorney
Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, Mass. 02210
(617)748-3266

Of Counsel:

Elizabeth Weir
Airports Law Branch

Federal Aviation Administration
800 Independence Ave., Room 921 C
Washington, D.C. 20591

## Certification of Service

I hereby certify that I have served the foregoing upon all counsel of record, by first class mail, postage prepaid, on this 30th day of September 2005.

_____Anita Johnson_____