UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. HARRINGTON, et al.,
                          Plaintiffs

v.

DELTA AIR LINES, INC., et al.,
                         Defendants

Civil Action No. 04-12558-NMG

## PLAINTIFFS' DISMISSAL, WIHTOUT PREJUDICE, OF THE DEFENDANTS, DELTA AIR LINES, INC., AND NORTHWEST AIRLINES, INC.

The plaintiffs herewith dismiss, without prejudice, the complaints against the defendants, Delta Air Lines, Inc. and Northwest Airlines, Inc., as these defendants are presently in bankruptcy.

Robert J. Harrington, et al. Plaintiff
By their Attorneys

/s/ Evans J. Carter
Evans J. Carter (BBO #076560)
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA  01701
(508) 875-1669

DATED:  October 18, 2005

DISMISSAL Delta and Northwest