UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al., )<br>)<br>Plaintiffs )<br>v. )<br>)<br>DELTA AIR LINES, INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>04-12558-NMG |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

The parties, by their respective attorneys, hereby move the Court to continue the scheduling conference set for November 3, 2005 to on or after December 15, 2005, to allow the parties to complete briefing connected with various pending motions to dismiss. In addition, the parties move to extend the deadline for filing the Joint Statement required under Local Rule 16(d) to December 8, 2005, or five business days prior to the date of the scheduling conference, and the parties agree that no discovery will take place prior to the scheduling conference. Counsel for all parties have joined in this motion.

Dated: October 27, 2005

| | |
|---|---|
| Plaintiff Craig Buck, et al.,<br><br>By their attorneys, | American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., Airlines Reporting Corp., and Air Transport Association of America, Inc.,<br><br>By their attorneys, |
| /s/ Evans J. Carter<br>Evans J. Carter, BBO #76560<br>HARGRAVES, KARB, WILCOX &<br>GALVANI, LLP<br>550 Cochituate Road – P.O. Box 966<br>Framingham, MA 01701-0966<br>(508) 620-0140 | /s/ Matthew A. Porter<br>Matthew A. Porter, BBO #630625<br>Michael S. Shin, BBO # 658134<br>DECHERT LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>(617) 728-7100 |

10247318.1.LITIGATION

China Eastern Airlines Company Ltd.,
and China Southern Airlines Co. Ltd.,

By their attorneys,

/s/ Kathleen M. Guilfoyle
Richard P. Campbell, BBO #071600
Kathleen M. Guilfoyle, BBO #546512
CAMPBELL CAMPBELL
EDWARDS & CONROY P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Olympic Airways S.A.,

By their attorneys,

/s/ Thomas J. Whalen
Thomas J. Whalen, Esq.
CONDON & FORSYTH LLP
1016 Sixteenth Street, NW
Washington, DC 20036
(202) 289-0500

/s/ Andrew J. Harakas
Andrew J. Harakas, Esq.
CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
(212) 490-9100

Aer Lingus Group, PLC, Alitalia-Linee
Aeree Italiane S.p.A, and British Airways,
PLC,

By their attorneys,

/s/ Kevin C. Cain
Kevin C. Cain, BBO # 550055
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Deutsche Lufthansa, A.G.
d/b/a Lufthansa Airlines,

By their attorneys,

/s/ Daniel M. Esrick
Daniel M. Esrick, BBO #647676
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

/s/ David W. Ogden
David W. Ogden (admitted pro hac vice)
Ethan G. Shenkman (admitted pro hac vice)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1801 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000

The Federal Aviation Administration,

By its attorneys,

/s/ Anita Johnson
Michael J. Sullivan
Anita Johnson
UNITED STATES ATTORNEY'S OFFICE
Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, Mass. 02210
(617)748-3266

Of Counsel:

Elizabeth Weir
Airports Law Branch
Federal Aviation Administration
800 Independence Ave., Room 921 C

10247318.1.LITIGATION