UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT HARRINGTON, et al., | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. |
| v. | ) ) | 04-12558-NMG |
| DELTA AIR LINES, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## AIR TRANSPORT ASSOCIATION OF AMERICA, INC.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Local Rule 7.1(B)(3), Defendant Air Transport Association of America, Inc. ("ATA") hereby moves, with the assent of the Plaintiffs, for leave to file a reply brief in support of its Motion to Dismiss the Amended Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

WHEREFORE, ATA respectfully requests that its motion be allowed, its reply memorandum in support of its Motion to Dismiss the Amended Complaint be accepted for filing, and for such other and further relief as this Court deems just and proper.

Dated: December 14, 2005                    **DECHERT LLP**

By: /s/ Matthew A. Porter
    Matthew A. Porter, BBO #630625
    Michael S. Shin, BBO # 658134
    200 Clarendon Street, 27th Floor
    Boston, MA 02116
    (617) 728-7100

    *Attorneys for Air Transport Association of America, Inc.*

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for ATA attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs, who has assented to this Motion.

/s/ Matthew A. Porter
Matthew A. Porter
December 14, 2005