UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al., ) <br> ) <br> Plaintiffs ) <br> v. ) <br> ) <br> DELTA AIR LINES, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 04-12558-NMG |

**THE DOMESTIC DEFENDANTS' MOTION FOR LEAVE
TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF
THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(B)(3), Defendants American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., Airlines Reporting Corp., and Air Transport Association of America, Inc. (collectively the "Domestic Defendants") hereby move, with the assent of the Plaintiffs, for leave to file a reply brief in support of their Motion to Dismiss the Amended Complaint.

WHEREFORE, the Domestic Defendants respectfully request that their motion be allowed, their reply memorandum in support of their Motion to Dismiss the Amended Complaint be accepted for filing, and for such other and further relief as this Court deems just and proper.

December 14, 2005                    **DECHERT LLP**

By:   /s/ Matthew A. Porter
    Matthew A. Porter, BBO #630625
    Michael S. Shin, BBO # 658134
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

*Attorneys for American Airlines, Inc., Alaska Airlines, Inc., Continental Airlines, Inc., Southwest Airlines Co., Airlines Reporting Corp., and Air Transport Association of America, Inc.*


## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for the Domestic Defendants attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs, who has assented to this Motion.

                                              /s/ Matthew A. Porter
                                              Matthew A. Porter
                                              December 14, 2005