UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HARRINGTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 04-12558-NMG |
| ) | |
| DELTA AIRLINES, INC, et al., ) | |
| ) | |
| Defendants. ) | |

### DEUTSCHE LUFTHANSA A.G.'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Rule 7.1(B)(3), Defendant Deutsche Lufthansa A.G. hereby moves, with the assent of the plaintiffs, for leave to file a reply brief in support of their motion to dismiss the amended complaint.

WHEREFORE, Deutsche Lufthansa A.G. respectfully requests that its motion be allowed, and that its reply memorandum in support of its motion to dismiss the amended complaint be accepted for filing.

Dated: December 20, 2005

Wilmer Cutler Pickering Hale and Dorr LLP
Attorneys for Deutsche Lufthansa, A.G.

By: *David Ogden /ES*
David W. Ogden (admitted pro hac vice)
Ethan G. Shenkman (admitted pro hac vice)

USIDOCS 5432774v1

Wilmer Cutler Pickering Hale and Dorr LLP
1801 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000

Daniel M. Esrick, BBO #647676
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)

*Of Counsel:*
Anne K. Small
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Adam Raviv
Wilmer Cutler Pickering Hale and Dorr LLP
1801 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that counsel for Deutsche Lufthansa A.G. attempted in good faith to resolve the issues presented in this Motion with counsel for the Plaintiffs, who have assented to this Motion.

By: ____David Ogden/es____
David W. Ogden (admitted pro hac vice)
December 20, 2005

US1DOCS 5432774v1