UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARRINGTON, et al.,<br><br>      Plaintiffs<br>v.<br><br>DELTA AIR LINES, INC., et al.,<br><br>      Defendants. | CIVIL ACTION NO.<br>04-12558-NMG |

## ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Defendants China Eastern Airlines Company Ltd. and China Southern Airlines Company Ltd. (hereinafter "Defendants") hereby move, with the assent of the plaintiffs, pursuant to Local Rule 7.1(B)(3), for leave to file a reply to the Plaintiffs' Combined Opposition to Defendants' Motions to Dismiss the plaintiff's Amended Complaint.

| | |
|---|---|
| ASSENTED TO:<br><br>ROBERT HARRINGTON, ET AL.,<br><br>By their Attorney,<br><br>EVANS J. CARTER, P.C.<br><br>/s/ Evans J. Carter*<br>Evans J. Carter (BBO #076560)<br>P.O. Box 812<br>Framingham, MA 01701<br>(508) 875-1669 | CHINA EASTERN AIRLINES COMPANY LTD. AND CHINA SOUTHERN AIRLINES COMPANY LTD.<br><br>By their Attorneys,<br><br>CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.<br><br>/s/ Kathleen M. Guilfoyle<br>Richard P. Campbell (BBO #071600)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza, 3rd Floor<br>Boston, MA 02129<br>(617) 241-3000<br>Of Counsel for Defendants<br><br>Thomas J. Whalen, Esquire<br>CONDON & FORSYTH LLP<br>1016 Sixteenth Street, NW<br>Washington, DC 20036<br>(202) 289-0500<br>Counsel for Defendants |

* By Ms. Guilfoyle, per January 10, 2006 email authorization of Mr. Carter.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Kathleen M. Guilfoyle, hereby certify that I discussed this Motion for Leave with counsel for the plaintiffs, which have assented to this Motion.

By: /s/ Kathleen M. Guilfoyle
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on January 13, 2006, I electronically filed the foregoing Motion for Leave with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

By: /s/ Kathleen M. Guilfoyle
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000