UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
:
ROBERT J. HARRINGTON, FAYE BYRON,
CRAIG BUCK, VALERIE L. PAWSON,           04 12558 NMG
RAY DRASNIN, WANDA MILLS, JEFF
GOLUMBUK, CAROLINE MARSHALL-             :
SMITH, ANESIA KALAITZIDIS,
KENNETH IVANOVITZ, ATHANASE              :
KARAGIORGOS, HARRIET ZALWANGO.
MICHAEL BLAU, KENNETH MICCICHE           :
and JENNIEE TSOUVRAKAS, on behalf of     :
themselves and others,
                                         :
        Plaintiffs,
                                         :
    - against -
                                         :
DELTA AIRLINES, INC., AMERICAN
AIRLINES, US AIRWAYS GROUP, INC.,        :
d/b/a US AIRWAYS, NORTHWEST
AIRLINES, UNITED AIRLINES, INC.,         :
ALASKA AIRLINES, CONTINENTAL
AIRLINES, AIR CANADA, OLYMPIC            :
AIRLINES CORPORATION LIMITED,
CHINA SOUTHERN AIRLINES COMPANY          :
LIMITED, DEUTSCHE LUFTHANSA, A.G.,
d/b/a LUFTHANSA AIRLINES, SWISS          :
INTERNATIONAL AIRLINES LTD., d/b/a
SWISSAIR, BRITISH AIRWAYS, PLC, d/b/a    :
BRITISH AIRWAYS, MIDWAY AIRLINES
CORP., d/b/a MIDWAY AIRLINES,            :
ALITALIA-LINEE AEREE ITALIANE S.p.A.,
d/b/a ALITALIA AIRLINES, SOUTHWEST       :
AIRLINES, CO., d/b/a SOUTHWEST
AIRLINES, CHINA EASTERN AIRWAYS-         :
SERVICES, SA, d/b/a CHINA EASTERN
AIRWAYS and AIR TRANSPORT                :
ASSOCIATION,
                                         :
        Defendants.
-----------------------------------------------------------------x

## LOCAL RULE 7.3(B) SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF CHINA SOUTHERN AIRLINES

Pursuant to Rule 7.3(B), Defendant China Southern states the following: the parent company of China Southern Airlines Company Limited is and has been throughout these proceedings the China Southern Air Holding Company which directly owns a majority of its shares. China Southern Airlines Company Limited is not directly owned by the People's Republic of China. There are no other publicly held entities which own more than ten percent (10%) of its stock.

Dated: February 2, 2006

/s/ Kathleen M. Guilfoyle
Richard P. Campbell (BBO #071600)
Kathleen M. Guilfoyle (BBO #546512)
CAMPBELL CAMPBELL EDWARDS
& CONROY P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

-and-

CONDON & FORSYTH LLP
Thomas J. Whalen, Esq.
685 Third Avenue
New York, New York 10017
(212) 490-9100

Attorneys for Defendant
CHINA SOUTHERN AIRLINES COMPANY LTD

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2006.

By:  /s/ Kathleen M. Guilfoyle

To:  Thomas J. Whalen, Esq.
Condon & Forsyth LLP
1016 Sixteenth Street, NW
Washington, DC  20036

Eugene Massamillo, Esq.
Peter W. Beadle, Esq.
Thomas Carulli, Esq.
Biedermann, Hoenig, Massamillo & Ruff
90 Park Avenue
New York, New York 10000

Andrew J. Harakas, Esq.
Condon & Forsyth, LLP
7 Time Square
New York, NY  10036

David Ogden, Esq.
Ethan G. Shenkman, Esq.
Wilmer Cutler & Pickering
2445 M St. NW
Washington, DC  20037

Daniel M. Esrick, Esq.
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109

Anita Johnson
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA  02210