UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert J. Harrington, et al.,
	Plaintiff

V.

Delta Airlines Inc., et al.,
	Defendant

CIVIL ACTION

NO.   04-12558-NMG

## ORDER OF DISMISSAL

Gorton,  D. J.

In accordance with the Court's Memorandum and Order dated   2/21/2006  granting Motion to Dismiss of the Domestic Defendants (Docket No. 59), granting Motion to Dismiss of Air Transport Association of America (Docket No. 62), granting the Motion to Dismiss of Aer Lingus (Docket No. 66), granting the Motion to Dismiss of Alitalia (Docket No. 67), granting  the Motion to Dismiss of Bristish Airways (Docket No. 68), granting the Motion to Dismiss of Lufthansa (Docket No. 69) granting Motion to Dismiss of China Eastern (Docket No. 80), granting the Motion to Dismiss of China Southern (Docket No. 82), granting the Motion to Dismiss of the Federal Aviation Administration (Docket No. 84), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

2/22/2006
	Date

/s/ Craig J. Nicewicz
	Deputy Clerk

**(Dismmemo.ord - 09/92)** [odism.]