UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. HARRINGTON, et al.,
              *Plaintiffs*

v.

DELTA AIR LINES, INC., et al.,
              *Defendants*

Civil Action No. 04-12558-NMG

## NOTICE OF APPEAL

Notice is hereby given that Robert J. Harrington and Craig Buck and all the plaintiffs (et al.) in the above-named case hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order of Gorton, J., entered on February 21, 2006 (Docket No. 103) and the Order of Dismissal (Docket No. 104), entered on February 22, 2006.

Respectfully submitted,

ROBERT J. HARRINGTON AND CRAIG BUCK, et al.
Plaintiffs
By their Attorney

/s/ Evans J. Carter
_____
Evans J. Carter, Esq. (BBO #076560)
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701
(508) 875-1669

DATED:    March 6, 2006