# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12558

Robert J. Harrington, et al

v.

Delta Air Lines, Inc., et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-105

and contained in Volume(s) I - II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/6/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 7, 2006.

Sarah A. Thornton, Clerk of Court

By: _____

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __4 | 10 | 06__ .

_____

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12558-NMG

Harrington et al v. Delta Airlines, Inc. et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:1330 Breach of Contract

Date Filed: 12/06/2004
Jury Demand: Both
Nature of Suit: 190 Contract:
Other
Jurisdiction: Federal Question

## Plaintiff

**Robert J. Harrington**

represented by **Evans J. Carter**
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701
508-875-1669
Fax: 508-875-1449
Email: ejcatty1@Verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Faye Byron**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Craig Buck**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Valerie L. Pawson**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Ray Drasnin**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Mills**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeff Golumbuk**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Marshall-Smith**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anesia Kalaitzidis**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Ivanovitz**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Athanase Karagiorgos**

represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harriet Zalwango**

represented by **Evans J. Carter**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Blau**                    represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Micciche**                represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenniee Tsouvrakas**              represented by **Evans J. Carter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Delta Airlines, Inc.**            represented by **Matthew A. Porter**
*TERMINATED: 10/18/2005*            Dechert LLP
200 Clarendon Street
27th Floor
Boston, MA 02116
617-728-7100
Fax: 617-426-6567
Email:
matthew.porter@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shin**
Dechert LLP
John Hancock Tower
200 Clarendon Street
Boston, MA 02116
617-728-7133

Fax: 617-426-6567
Email: michael.shin@dechert.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Airlines**                    represented by **Matthew A. Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**US Airways Group, Inc.**

**Defendant**

**Northwest Airlines**                   represented by **Matthew A. Porter**
*TERMINATED: 10/18/2005*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Airlines, Inc.**

**Defendant**

**Alaska Airlines**                      represented by **Matthew A. Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael Lawrence Cornell**
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1043
Fax: 617-345-1300
Email:
mcornell@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Continental Airlines, Inc.**                represented by **Matthew A. Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Air Canada**

**Defendant**

**China Eastern Airlines**                represented by **Thomas J. Whalen**
**Corporation Limited**                Condon & Forsyth, LLP
1016 Sixteenth Street, NW
Washington, DC 20008
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Robert Howe**
Campbell, Campbell, Edwards &
Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3029
Fax: 617-241-5115
Email: chowe@campbell-trial-
lawyers.com

*ATTORNEY TO BE NOTICED*

**Kathleen M. Guilfoyle**
Campbell, Campbell, Edwards &
Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3109
Fax: 617-241-5115
Email: kguilfoyle@campbell-
trial-lawyers.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**China Southern Airlines
Company Limited**

represented by **Thomas J. Whalen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen M. Guilfoyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Luftansa AG**
*d/b/a Lufthansa Airlines*

represented by **Daniel M. Esrick**
Wilmer Cutler Pickering Hale and
Dorr LLP
60 State Street
Boston, MA 02109
617-526-6529
Fax: 617-526-5000
Email:
daniel.esrick@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Ogden**
Wilmer Cutler & Pickering
2445 M St. NW
Washington, DC 20037
202-663-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Ethan G. Shenkman
William, Cutler, Pickering, Hale
& Dorr LLP
2445 M Street, N.W.
Washington, DC 20037
202-663-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Swiss International Airlines, LTD**
*d/b/a SwissAir*

represented by **Thomas J. Whalen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**British Airways, PLC**
*d/b/a British Airways*

represented by **Kevin C. Cain**
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2045
Fax: 617-951-2125
Email:
Kcain@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Midway Airlines Corp.**
*d/b/a Midways Airlines*

**Defendant**

**Alitalia-Linee Aeree Italiane S.p.A.**
*d/b/a Alitalia Airlines*

represented by **Eugene Massamillo**
Biedermann, Hoenig, Massamillo
& Ruff
90 Park Ave.
New York, NY 10000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin C. Cain**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Beadle**
Biedermann, Hoenig, Massamillo
& Ruff
90 Park Ave.
New York, NY 10000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Carulli**
Biedermann, Hoenig, Massamillo
& Ruff
90 Park Ave.
New York, NY 10000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Southwest Airlines, Co.**            represented by **Matthew A. Porter**
*d/b/a Southwest Airlines*                            (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael S. Shin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Olympic Airways-Services, SA**        represented by **Andrew J. Harakas**
*d/b/a Olympic Airways*                                Condon & Forsyth, LLP
                                                     7 Times Square
                                                     New York, NY 10036
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Christopher Robert Howe**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kathleen M. Guilfoyle**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Air Transport Association**              represented by  **Matthew A. Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Shin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aer Lingus Limited**                     represented by  **Kevin C. Cain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Airlines Reporting Corp.**               represented by  **Airlines Reporting Corp.**
Arlington, VA
PRO SE

**Matthew A. Porter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Aviation**                       represented by  **Anita Johnson**
**Administration**                                          United States Attorney's Office
John Joseph Moakley Federal
Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3100
Email: anita.johnson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**U.S. Attorney's Office**

<u>**Interested Party**</u>

**Department of Justice, The**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2004 | 1 | NOTICE OF REMOVAL by Air Canada, Air Transport Association, Alaska Airlines, Alitalia-Linee Aeree Italiane S.p.A., American Airlines, British Airways, PLC, China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited, Continental Airlines, Inc., Delta Airlines, Inc., Deutsche Luftansa AG, Midway Airlines Corp., Northwest Airlines, Olympic Airways-Services, SA, Southwest Airlines, Co., Swiss International Airlines, LTD, US Airways Group, Inc., United Airlines, Inc. from Middlesex Superior Court, case number 04-4410. $ 150, receipt number 60583, filed by Air Canada, Air Transport Association, Alaska Airlines, Alitalia-Linee Aeree Italiane S.p.A., American Airlines, British Airways, PLC, China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited, Continental Airlines, Inc., Delta Airlines, Inc., Deutsche Luftansa AG, Midway Airlines Corp., Northwest Airlines, Olympic Airways-Services, SA, Southwest Airlines, Co., Swiss International Airlines, LTD, US Airways Group, Inc., United Airlines, Inc.. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet # 3 Affidavit In Support of Removal) (Barrette, Mark) (Entered: 12/08/2004) |
| 12/08/2004 | 2 | NOTICE of Additional Grounds for Removal by Air Canada, Air Transport Association, Alaska Airlines, Alitalia-Linee Aeree Italiane S.p.A., American Airlines, British Airways, PLC, China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited, Continental Airlines, Inc., Delta Airlines, Inc., Deutsche Luftansa AG, Midway Airlines Corp., Northwest Airlines, Olympic Airways-Services, SA, Southwest Airlines, Co., Swiss International Airlines, LTD, US Airways Group, Inc., United Airlines, Inc. re 1 Notice of Removal,,,, (Barrette, Mark) (Entered: 12/16/2004) |
| 12/23/2004 | 3 | STATE COURT Record Alitalia-Linee Aeree Italiane S.p.A. served on 11/16/2004, answer due 12/6/2004.. (Attachments: # |

| | | 1 State Record Part 2)(Nicewicz, Craig) (Entered: 12/28/2004) |
|---|---|---|
| 12/29/2004 | 4 | NOTICE of Appearance by Matthew A. Porter and Michael S. Shin on behalf of Delta Airlines, Inc., American Airlines, Northwest Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association (Barrette, Mark) (Entered: 01/05/2005) |
| 12/29/2004 | 5 | CORPORATE DISCLOSURE STATEMENT by Continental Airlines, Inc. (Barrette, Mark) (Entered: 01/06/2005) |
| 12/29/2004 | 6 | CORPORATE DISCLOSURE STATEMENT by Delta Airlines, Inc. (Barrette, Mark) (Entered: 01/06/2005) |
| 12/29/2004 | 7 | CORPORATE DISCLOSURE STATEMENT by Northwest Airlines. (Barrette, Mark) (Entered: 01/06/2005) |
| 12/29/2004 | 8 | CORPORATE DISCLOSURE STATEMENT by Southwest Airlines, Co. (Barrette, Mark) (Entered: 01/06/2005) |
| 12/29/2004 | 9 | CORPORATE DISCLOSURE STATEMENT by Alaska Airlines. (Barrette, Mark) (Entered: 01/06/2005) |
| 12/29/2004 | 10 | CORPORATE DISCLOSURE STATEMENT by American Airlines. (Barrette, Mark) (Entered: 01/06/2005) |
| 01/05/2005 | | ***Attorney Michael S. Shin for Northwest Airlines; Alaska Airlines; Continental Airlines, Inc.; Southwest Airlines, Co.; Delta Airlines, Inc. and American Airlines added. Duplicate attorney with incomplete bar admission was added originally. Parties now linked to correct attorney record. (Costello, Helen) (Entered: 03/02/2005) |
| 01/14/2005 | 11 | CORPORATE DISCLOSURE STATEMENT by Olympic Airways-Services, SA. (Howe, Christopher) (Entered: 01/14/2005) |
| 01/14/2005 | 12 | ANSWER to Complaint by Olympic Airways-Services, SA. (Howe, Christopher) (Entered: 01/14/2005) |
| 01/18/2005 | 18 | CORPORATE DISCLOSURE STATEMENT by Alitalia-Linee Aeree Italiane S.p.A. (Barrette, Mark) (Entered: 01/25/2005) |
| 01/25/2005 | 13 | NOTICE of Appearance by Kathleen M. Guilfoyle on behalf of China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited (Guilfoyle, Kathleen) (Entered: 01/25/2005) |

| 01/25/2005 | 14 | ANSWER to Complaint by China Eastern Airlines Corporation Limited.(Guilfoyle, Kathleen) (Entered: 01/25/2005) |
|---|---|---|
| 01/25/2005 | 15 | ANSWER to Complaint by China Southern Airlines Company Limited.(Guilfoyle, Kathleen) (Entered: 01/25/2005) |
| 01/25/2005 | 16 | CORPORATE DISCLOSURE STATEMENT by China Southern Airlines Company Limited. (Guilfoyle, Kathleen) (Entered: 01/25/2005) |
| 01/25/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by China Eastern Airlines Corporation Limited. (Guilfoyle, Kathleen) (Entered: 01/25/2005) |
| 01/25/2005 | 29 | SUMMONS Returned Executed Deutsche Luftansa AG served on 1/20/2005, answer due 2/9/2005. (Barrette, Mark) (Entered: 02/01/2005) |
| 01/26/2005 | 19 | CERTIFICATE OF SERVICE by China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited. (Guilfoyle, Kathleen) (Entered: 01/26/2005) |
| 01/31/2005 | 20 | MOTION to Dismiss for Lack of Jurisdiction by Air Transport Association.(Porter, Matthew) (Entered: 01/31/2005) |
| 01/31/2005 | 21 | MEMORANDUM in Support re 20 MOTION to Dismiss for Lack of Jurisdiction filed by Air Transport Association. (Porter, Matthew) (Entered: 01/31/2005) |
| 01/31/2005 | 22 | AFFIDAVIT of David A. Berg in Support re 20 MOTION to Dismiss for Lack of Jurisdiction filed by Air Transport Association. (Porter, Matthew) (Entered: 01/31/2005) |
| 01/31/2005 | 23 | MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(6)* by Delta Airlines, Inc., American Airlines, Northwest Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association.(Porter, Matthew) (Entered: 01/31/2005) |
| 01/31/2005 | 24 | MEMORANDUM in Support re 23 MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(6)* filed by Delta Airlines, Inc., American Airlines, Northwest Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association. (Porter, Matthew) (Entered: 01/31/2005) |
| 01/31/2005 | 25 | MOTION to Dismiss for Lack of Jurisdiction by Alaska |

| | | Airlines.(Porter, Matthew) (Entered: 01/31/2005) |
|---|---|---|
| 01/31/2005 | 26 | MEMORANDUM in Support re 25 MOTION to Dismiss for Lack of Jurisdiction filed by Alaska Airlines. (Porter, Matthew) (Entered: 01/31/2005) |
| 01/31/2005 | 27 | AFFIDAVIT of Michael L. Cornell in Support re 25 MOTION to Dismiss for Lack of Jurisdiction filed by Alaska Airlines. (Porter, Matthew) (Entered: 01/31/2005) |
| 01/31/2005 | 28 | AFFIDAVIT of Carla Weiler in Support re 25 MOTION to Dismiss for Lack of Jurisdiction filed by Alaska Airlines. (Porter, Matthew) (Entered: 01/31/2005) |
| 02/08/2005 | 30 | Assented to MOTION for Leave to Appear Pro Hac Vice by Thomas J. Whalen by China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited, Swiss International Airlines, LTD. (Attachments: # 1 Affidavit Whalen)(Guilfoyle, Kathleen) (Entered: 02/08/2005) |
| 02/08/2005 | 31 | Assented to MOTION for Leave to Appear Pro Hac Vice by Andrew J. Harakas by Olympic Airways-Services, SA. (Attachments: # 1 Affidavit Harakas)(Guilfoyle, Kathleen) (Entered: 02/08/2005) |
| 02/08/2005 | 32 | ANSWER to Complaint by Alitalia-Linee Aeree Italiane S.p.A..(Barrette, Mark) (Entered: 02/09/2005) |
| 02/09/2005 | 33 | ANSWER to Complaint with Jury Demand by British Airways, PLC.(Barrette, Mark) (Entered: 02/15/2005) |
| 02/10/2005 | 34 | NOTICE of Appearance by Daniel M Esrick on behalf of Deutsche Luftansa AG (Barrette, Mark) (Entered: 02/15/2005) |
| 02/10/2005 | 35 | MOTION to Dismiss Pursuant to Fed. R. Civ. P. 12(b) by Deutsche Luftansa AG.(Barrette, Mark) (Entered: 02/15/2005) |
| 02/10/2005 | 37 | MEMORANDUM in Support re 35 MOTION to Dismiss filed by Deutsche Luftansa AG. (Attachments: # 1 Exhibit A) (Barrette, Mark) (Entered: 02/15/2005) |
| 02/10/2005 | 38 | CORPORATE DISCLOSURE STATEMENT by Deutsche Luftansa AG. (Barrette, Mark) (Entered: 02/15/2005) |
| 02/15/2005 | ❸ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 30 Motion for Leave to Appear Pro Hac Vice Added Thomas J. Whalen for Swiss International Airlines, LTD; China Eastern Airlines Corporation Limited and China |

| | | Southern Airlines Company Limited, Andrew J. Harakas for Olympic Airways-Services, SA, granting 31 Motion for Leave to Appear Pro Hac Vice Added Thomas J. Whalen for Swiss International Airlines, LTD; China Eastern Airlines Corporation Limited and China Southern Airlines Company Limited, Andrew J. Harakas for Olympic Airways-Services, SA (Barrette, Mark) (Entered: 02/15/2005) |
|---|---|---|
| 02/15/2005 | 36 | MOTION for Extension of Time to February 25, 2005 to File Response/Reply as to 25 MOTION to Dismiss for Lack of Jurisdiction, 20 MOTION to Dismiss for Lack of Jurisdiction, 23 MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(6)* by Ray Drasnin, Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, Robert J. Harrington, Faye Byron, Craig Buck, Valerie L. Pawson.(Carter, Evans) (Entered: 02/15/2005) |
| 02/15/2005 | 39 | NOTICE of Appearance by Michael Lawrence Cornell on behalf of Alaska Airlines (Cornell, Michael) (Entered: 02/15/2005) |
| 02/16/2005 | 41 | MOTION for Leave to Appear Pro Hac Vice by Thomas Carulli, Peter W. Beadle and Eugene Massamillo by Alitalia-Linee Aeree Italiane S.p.A.. (Attachments: # 1 Certification of Thomas Carulli# 2 Certification of Peter W. Beadle# 3 Certification of Eugene Massamillo)(Barrette, Mark) (Entered: 02/25/2005) |
| 02/18/2005 | 40 | CERTIFICATE OF CONSULTATION re 25 MOTION to Dismiss for Lack of Jurisdiction *Local Rule 7.1(A)(2) Certificate* by Michael Lawrence Cornell on behalf of Alaska Airlines. (Cornell, Michael) (Entered: 02/18/2005) |
| 02/23/2005 | ❹ | Filing fee: $ 150, receipt number 62294 regarding Pro Hac Vice Motion (Barrette, Mark) (Entered: 02/25/2005) |
| 03/03/2005 | 42 | Opposition re 25 MOTION to Dismiss for Lack of Jurisdiction, 20 MOTION to Dismiss for Lack of Jurisdiction, 23 MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(6)*, 35 MOTION to Dismiss filed by Ray Drasnin, Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, Robert |

| | | |
|---|---|---|
| | | J. Harrington, Faye Byron, Craig Buck, Valerie L. Pawson. (Attachments: # 1 Exhibit (Exhibits A through K))(Carter, Evans) (Entered: 03/03/2005) |
| 03/03/2005 | 43 | MOTION for Extension of Time to March 4, 2005 to File Plaintiffs' Opposition to Defendants' Four Motions to Dismiss *and to File a Memorandum in Excess of 20 Pages* by Ray Drasnin, Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, Robert J. Harrington, Faye Byron, Craig Buck, Valerie L. Pawson.(Carter, Evans) (Entered: 03/03/2005) |
| 03/30/2005 | 44 | STIPULATION *Concerning the Schedule for Amending the Complaint and Filing Responsive Pleadings Thereto* by Ray Drasnin, Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, Delta Airlines, Inc., American Airlines, Northwest Airlines, Robert J. Harrington, Alaska Airlines, Continental Airlines, Inc., China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited, Deutsche Luftansa AG, British Airways, PLC, Faye Byron, Alitalia-Linee Aeree Italiane S.p.A., Southwest Airlines, Co., Olympic Airways-Services, SA, Air Transport Association, Craig Buck, Valerie L. Pawson. (Porter, Matthew) (Entered: 03/30/2005) |
| 04/12/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 36 Motion for Extension of Time to File Response/Reply, granting 41 Motion for Leave to Appear Pro Hac Vice Added Thomas Carulli for Alitalia-Linee Aeree Italiane S.p.A., Peter W. Beadle for Alitalia-Linee Aeree Italiane S.p.A., Eugene Massamillo for Alitalia-Linee Aeree Italiane S.p.A., granting 43 Motion for Extension of Time (Nicewicz, Craig) (Entered: 04/12/2005) |
| 04/12/2005 | 45 | NOTICE of Scheduling Conference Scheduling Conference set for 9/23/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 04/12/2005) |
| 04/28/2005 | | Judge Nathaniel M. Gorton : Electronic ENDORSED ORDER allowing stipulation 44, amended complaint due on or before 5/31/05,answered by 7/15/05, so ordered. A scheduling |

| | | conference has been set in this matter for 9/23/05 at 3:00 p.m. (Nicewicz, Craig) (Entered: 04/28/2005) |
|---|---|---|
| 05/31/2005 | 46 | AMENDED COMPLAINT *Jury Clai and Request for Class Certification* against Aer Lingus Limited, Airlines Reporting Corp., Federal Aviation Administration, Delta Airlines, Inc., American Airlines, Northwest Airlines, Alaska Airlines, Continental Airlines, Inc., China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited, Deutsche Luftansa AG, British Airways, PLC, Alitalia-Linee Aeree Italiane S.p.A., Southwest Airlines, Co., Olympic Airways-Services, SA, filed by Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Athanase Karagiorgos, Kenneth Micciche, Jenniee Tsouvrakas, Craig Buck, Valerie L. Pawson.(Carter, Evans) (Entered: 05/31/2005) |
| 06/10/2005 | 47 | SUMMONS Returned Executed Aer Lingus Limited served on 6/6/2005, answer due 6/27/2005. (Elefther, Elizabeth) (Entered: 06/13/2005) |
| 06/28/2005 | 48 | STIPULATION *Extending the Time Within Which Defendant Aer Lingus Limited May Answer, Move or Otherwise Respond to the Amended Complaint* by Aer Lingus Limited. (Naughton, Edward) (Entered: 06/28/2005) |
| 07/07/2005 | 49 | SUMMONS Returned Executed Federal Aviation Administration served on 6/23/2005, answer due 7/13/2005. (Carter, Evans) (Entered: 07/07/2005) |
| 07/07/2005 | 50 | SUMMONS Returned Executed Airlines Reporting Corp. served on 6/27/2005, answer due 7/18/2005. (Carter, Evans) (Entered: 07/07/2005) |
| 07/07/2005 | 51 | SUMMONS Returned Executed Department of Justice, The served on 6/23/2005, answer due 7/13/2005. (Carter, Evans) (Entered: 07/07/2005) |
| 07/07/2005 | 52 | SUMMONS Returned Executed U.S. Attorney's Office served on 6/20/2005, answer due 7/11/2005. (Carter, Evans) (Entered: 07/07/2005) |
| 07/08/2005 | 53 | NOTICE of Appearance by Kevin C. Cain on behalf of Aer Lingus Limited (Cain, Kevin) (Entered: 07/08/2005) |
| 07/11/2005 | 54 | Assented to MOTION for Extension of Time to July 29, 2005 to Answer, Move to Dismiss, or Otherwise Respond to Plaintiffs' Amended Complaint by Deutsche Luftansa AG. |

| | | (Esrick, Daniel) (Entered: 07/11/2005) |
|---|---|---|
| 07/15/2005 | 55 | ANSWER to Amended Complaint by Olympic Airways-Services, SA.(Guilfoyle, Kathleen) (Entered: 07/15/2005) |
| 07/15/2005 | 56 | ANSWER to Amended Complaint by China Southern Airlines Company Limited.(Guilfoyle, Kathleen) (Entered: 07/15/2005) |
| 07/15/2005 | 57 | ANSWER to Amended Complaint by China Eastern Airlines Corporation Limited.(Guilfoyle, Kathleen) (Entered: 07/15/2005) |
| 07/15/2005 | 58 | MOTION for Leave to Appear Pro Hac Vice by David Ogden and Ethan G. Shenkman by Deutsche Luftansa AG. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Esrick, Daniel) (Entered: 07/15/2005) |
| 07/15/2005 | 59 | MOTION to Dismiss *Amended Complaint* by Airlines Reporting Corp., Delta Airlines, Inc., American Airlines, Northwest Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association.(Porter, Matthew) (Entered: 07/15/2005) |
| 07/15/2005 | 60 | MEMORANDUM in Support re 59 MOTION to Dismiss *Amended Complaint* filed by Airlines Reporting Corp., Delta Airlines, Inc., American Airlines, Northwest Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association. (Porter, Matthew) (Entered: 07/15/2005) |
| 07/15/2005 | 61 | Assented to MOTION for Leave to File Excess Pages *In Support of Their Motion to Dismiss* by Airlines Reporting Corp., Delta Airlines, Inc., American Airlines, Northwest Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association.(Porter, Matthew) (Entered: 07/15/2005) |
| 07/15/2005 | 62 | MOTION to Dismiss for Lack of Jurisdiction by Air Transport Association.(Porter, Matthew) (Entered: 07/15/2005) |
| 07/15/2005 | 63 | MEMORANDUM in Support re 62 MOTION to Dismiss for Lack of Jurisdiction filed by Air Transport Association. (Porter, Matthew) (Entered: 07/15/2005) |
| 07/15/2005 | 64 | AFFIDAVIT of David A. Berg in Support re 62 MOTION to Dismiss for Lack of Jurisdiction filed by Air Transport Association. (Porter, Matthew) (Entered: 07/15/2005) |

| 07/18/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 58 Motion for Leave to Appear Pro Hac Vice Added David Ogden for Deutsche Luftansa AG, Ethan G. Shenkman for Deutsche Luftansa AG, granting 61 Motion for Leave to File Excess Pages (Nicewicz, Craig) (Entered: 07/18/2005) |
|---|---|---|
| 07/18/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 54 Motion for Extension of Time (Nicewicz, Craig) (Entered: 07/18/2005) |
| 07/18/2005 | | Filing fee: $ 100, receipt number 65624 regarding Pro Hac Vice for David Ogden and Ethan G Shenkman. (Elefther, Elizabeth) (Entered: 07/18/2005) |
| 07/28/2005 | 65 | NOTICE of Appearance by Anita Johnson on behalf of Federal Aviation Administration (Johnson, Anita) (Entered: 07/28/2005) |
| 07/29/2005 | 66 | MOTION to Dismiss *the Plaintiffs' Amended Complaint* by Aer Lingus Limited.(Cain, Kevin) (Entered: 07/29/2005) |
| 07/29/2005 | 67 | MOTION to Dismiss *the Plaintiffs' Amended Complaint* by Alitalia-Linee Aeree Italiane S.p.A..(Cain, Kevin) (Entered: 07/29/2005) |
| 07/29/2005 | 68 | MOTION to Dismiss *the Plaintiffs' Amended Complaint* by British Airways, PLC.(Cain, Kevin) (Entered: 07/29/2005) |
| 07/29/2005 | 69 | MOTION to Dismiss *Plaintiffs' Amended Complaint* by Deutsche Luftansa AG.(Esrick, Daniel) (Entered: 07/29/2005) |
| 07/29/2005 | 70 | MEMORANDUM in Support re 69 MOTION to Dismiss *Plaintiffs' Amended Complaint* filed by Deutsche Luftansa AG. (Esrick, Daniel) (Entered: 07/29/2005) |
| 08/09/2005 | 71 | MOTION for Extension of Time to September 13, 2005 to File Answer re 46 Amended Complaint,, *(unopposed)* by Federal Aviation Administration.(Johnson, Anita) (Entered: 08/09/2005) |
| 08/15/2005 | 72 | Judge Nathaniel M. Gorton : ORDER entered. Motions terminated: Denying as MOOT 25 MOTION to Dismiss for Lack of Jurisdiction filed by Alaska Airlines,, Denying as MOOT 20 MOTION to Dismiss for Lack of Jurisdiction filed by Air Transport Association,, Granting71 MOTION for Extension of Time to September 13, 2005 to File Answer re 46 Amended Complaint,, *(unopposed)* filed by Federal Aviation |

| | | |
|---|---|---|
| | | Administration,, Denying as MOOT 23 MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(6)* filed by Continental Airlines, Inc.,, Delta Airlines, Inc.,, American Airlines,, Southwest Airlines, Co.,, Northwest Airlines,, Alaska Airlines,, Air Transport Association,, Denying as MOOT 35 MOTION to Dismiss filed by Deutsche Luftansa AG,. (Nicewicz, Craig) (Entered: 08/16/2005) |
| 08/24/2005 | 73 | NOTICE by Alitalia-Linee Aeree Italiane S.p.A. *of Consent to Change Attorneys* (Cain, Kevin) (Entered: 08/24/2005) |
| 08/24/2005 | 74 | NOTICE by Alitalia-Linee Aeree Italiane S.p.A. *of Substitution of Counsel* (Cain, Kevin) (Entered: 08/24/2005) |
| 09/02/2005 | 75 | Second MOTION for Extension of Time to September 30, 2005 to File Answer re 46 Amended Complaint,, *(Unopposed)* by Federal Aviation Administration.(Johnson, Anita) (Entered: 09/02/2005) |
| 09/08/2005 | ❍ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 75 Motion for Extension of Time to Answer Federal Aviation Administration answer due 9/30/2005. (Nicewicz, Craig) (Entered: 09/08/2005) |
| 09/13/2005 | ❍ | NOTICE OF RESCHEDULING Scheduling Conference set for 11/3/2005 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 09/13/2005) |
| 09/16/2005 | 76 | SUGGESTION OF BANKRUPTCY Upon the Record as to Delta Air Lines, Inc. *and Notice of Automatic Stay* by Delta Airlines, Inc.. (Porter, Matthew) (Entered: 09/16/2005) |
| 09/16/2005 | 77 | MOTION for Leave to File *a Memorandum in Excess of 20 Pages and to Extend the time for Filing* by Ray Drasnin, Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, Robert J. Harrington, Faye Byron, Craig Buck, Valerie L. Pawson.(Carter, Evans) (Entered: 09/16/2005) |
| 09/16/2005 | 78 | NOTICE of Change of Address by Evans J. Carter *NOTICE OF CHANGE OF FIRM NAME AND MAILING ADDRESS FOR PLAINTIFFS' COUNSEL* (Carter, Evans) (Entered: 09/16/2005) |
| 09/19/2005 | 79 | SUGGESTION OF BANKRUPTCY Upon the Record as to Northwest Airlines, Inc. *And Notice of Automatic Stay* by |

| | | Northwest Airlines. (Porter, Matthew) (Entered: 09/19/2005) |
|---|---|---|
| 09/21/2005 | ●80 | MOTION to Dismiss for Lack of Jurisdiction by China Eastern Airlines Corporation Limited. (Attachments: # (2)Affidavit re Motion to Dismiss)(Howe, Christopher) Modified on 9/23/2005 (Elefther, Elizabeth). (Entered: 09/21/2005) |
| 09/23/2005 | ●81 | MEMORANDUM in Support re 80 MOTION to Dismiss for Lack of Jurisdiction filed by China Eastern Airlines Corporation Limited. (Elefther, Elizabeth) (Entered: 09/23/2005) |
| 09/23/2005 | ● | Notice of correction to docket made by Court staff. Correction: Docket No. 80 corrected because Memorandum in Support of Motion was attached to Docket No. 80 instead of being a seperate event. (Elefther, Elizabeth) (Entered: 09/23/2005) |
| 09/30/2005 | ●82 | MOTION to Dismiss for Lack of Jurisdiction by China Southern Airlines Company Limited.(Guilfoyle, Kathleen) (Entered: 09/30/2005) |
| 09/30/2005 | ●83 | MEMORANDUM in Support re 82 MOTION to Dismiss for Lack of Jurisdiction filed by China Southern Airlines Company Limited. (Attachments: # 1 Affidavit)(Guilfoyle, Kathleen) (Entered: 09/30/2005) |
| 09/30/2005 | ●84 | MOTION to Dismiss by Federal Aviation Administration. (Elefther, Elizabeth) (Entered: 10/03/2005) |
| 09/30/2005 | ●85 | MEMORANDUM in Support re 84 MOTION to Dismiss filed by Federal Aviation Administration. (Attachments: # 1 Exhibit a# 2 Exhibit b# 3 Exhibit c)(Elefther, Elizabeth) (Entered: 10/03/2005) |
| 10/11/2005 | ●86 | *Letter to the Court* Letter/request (non-motion) from Counsel. (Esrick, Daniel) (Entered: 10/11/2005) |
| 10/15/2005 | ●87 | MOTION for Leave to File Excess Pages, Second MOTION for Extension of Time to 10/15/2005 to File Response/Reply *to 6 Defendants' Motions to Dismiss* by Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Athanase Karagiorgos, Kenneth Micciche, Jenniee Tsouvrakas, Craig Buck, Valerie L. Pawson.(Carter, Evans) (Entered: 10/15/2005) |
| 10/15/2005 | ●88 | MEMORANDUM in Opposition re 59 MOTION to Dismiss *Amended Complaint,* 69 MOTION to Dismiss *Plaintiffs'* |

| | | |
|---|---|---|
| | | *Amended Complaint*, 62 MOTION to Dismiss for Lack of Jurisdiction, 66 MOTION to Dismiss *the Plaintiffs' Amended Complaint*, 67 MOTION to Dismiss *the Plaintiffs' Amended Complaint*, 68 MOTION to Dismiss *the Plaintiffs' Amended Complaint* filed by Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Athanase Karagiorgos, Kenneth Micciche, Jenniee Tsouvrakas, Craig Buck, Valerie L. Pawson. (Carter, Evans) (Entered: 10/15/2005) |
| 10/17/2005 | ○ | Judge Nathaniel M. Gorton : ElectronicORDER entered finding as moot 77 Motion for Leave to File, granting 87 Motion for Leave to File Excess Pages, granting 87 Motion for Extension of Time to File Response/Reply re 62 MOTION to Dismiss for Lack of Jurisdiction, 66 MOTION to Dismiss *the Plaintiffs' Amended Complaint*, 67 MOTION to Dismiss *the Plaintiffs' Amended Complaint*, 68 MOTION to Dismiss *the Plaintiffs' Amended Complaint*, 69 MOTION to Dismiss *Plaintiffs' Amended Complaint*, 59 MOTION to Dismiss *Amended Complaint* (Nicewicz, Craig) (Entered: 10/17/2005) |
| 10/18/2005 | ○ 89 | NOTICE of Voluntary Dismissal by all plaintiffs (Carter, Evans) (Entered: 10/18/2005) |
| 10/27/2005 | ○ 90 | Joint MOTION to Continue *Scheduling Conference* by Ray Drasnin, Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Aer Lingus Limited, Airlines Reporting Corp., Federal Aviation Administration, U.S. Attorney's Office, Department of Justice, The, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, American Airlines, Robert J. Harrington, Alaska Airlines, Continental Airlines, Inc., China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited, Deutsche Luftansa AG, British Airways, PLC, Faye Byron, Alitalia-Linee Aeree Italiane S.p.A., Southwest Airlines, Co., Olympic Airways-Services, SA, Air Transport Association, Craig Buck, Valerie L. Pawson.(Porter, Matthew) (Entered: 10/27/2005) |
| 11/01/2005 | ○ | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 90 Motion to Continue scheduling conference. (Nicewicz, Craig) (Entered: 11/01/2005) |
| 12/08/2005 | ○ 91 | Supplemental Opposition re 80 MOTION to Dismiss for Lack of Jurisdiction, 59 MOTION to Dismiss *Amended Complaint*, 69 MOTION to Dismiss *Plaintiffs' Amended Complaint*, 82 |

| | | MOTION to Dismiss for Lack of Jurisdiction, <u>61</u> Assented to MOTION for Leave to File Excess Pages *In Support of Their Motion to Dismiss*, <u>62</u> MOTION to Dismiss for Lack of Jurisdiction, <u>84</u> MOTION to Dismiss, <u>66</u> MOTION to Dismiss *the Plaintiffs' Amended Complaint*, <u>67</u> MOTION to Dismiss *the Plaintiffs' Amended Complaint*, <u>68</u> MOTION to Dismiss *the Plaintiffs' Amended Complaint PLAINTIFFS' NOTICE OF NEW CASE TO BE ADDED TO THEIR OPPOSITIONS TO THE MOTIONS TO DISMISS* filed by Craig Buck. (Attachments: # <u>1</u> Exhibit U.S. Court of Appeals Decision) (Carter, Evans) (Entered: 12/08/2005) |
|---|---|---|
| 12/14/2005 | <u>92</u> | REPLY to Response to Motion re <u>59</u> MOTION to Dismiss *Amended Complaint* filed by Airlines Reporting Corp., American Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association. (Porter, Matthew) (Entered: 12/14/2005) |
| 12/14/2005 | <u>93</u> | REPLY to Response to Motion re <u>62</u> MOTION to Dismiss for Lack of Jurisdiction filed by Air Transport Association. (Porter, Matthew) (Entered: 12/14/2005) |
| 12/14/2005 | <u>94</u> | MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss the Amended Complaint* by Air Transport Association.(Porter, Matthew) (Entered: 12/14/2005) |
| 12/14/2005 | <u>95</u> | MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss Amended Complaint* by Airlines Reporting Corp., American Airlines, Alaska Airlines, Continental Airlines, Inc., Southwest Airlines, Co., Air Transport Association.(Porter, Matthew) (Entered: 12/14/2005) |
| 12/14/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting <u>94</u> Motion for Leave to File, granting <u>95</u> Motion for Leave to File (Nicewicz, Craig) (Entered: 12/14/2005) |
| 12/21/2005 | <u>96</u> | MOTION for Leave to File a Reply to Plaintiffs' Combined Opposition to Defendants' Motions to Dismiss by Deutsche Luftansa AG.(Sonnenberg, Elizabeth) (Entered: 12/21/2005) |
| 01/09/2006 | <u>97</u> | Opposition re <u>80</u> MOTION to Dismiss for Lack of Jurisdiction, <u>82</u> MOTION to Dismiss for Lack of Jurisdiction filed by Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, Faye Byron, Craig Buck, |

| | | |
|---|---|---|
| | | Valerie L. Pawson. (Attachments: # 1 Exhibit Exhibits A and B)(Carter, Evans) (Entered: 01/09/2006) |
| 01/10/2006 | ❸ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 96 Motion for Leave to File reply. Reply due within 10 days of the allowance of this motion. Reply not to exceed 10 pages. (Nicewicz, Craig) (Entered: 01/10/2006) |
| 01/13/2006 | ❷98 | Reply to Plaintiffs' Combined Opposition to Defendants' Motion to Dismiss by Deutsche Luftansa AG. (Sonnenberg, Elizabeth) (Entered: 01/13/2006) |
| 01/13/2006 | ❷99 | Assented to MOTION for Leave to File *A Reply to Plaintiffs' Combined Opposition to Defendants' Motions to Dismiss* by China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited.(Guilfoyle, Kathleen) (Entered: 01/13/2006) |
| 01/20/2006 | ❸ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 99 Motion for Leave to File. Reply due within 10 days of the allowance of this motion. Reply not to exceed 10 pages. (Nicewicz, Craig) (Entered: 01/20/2006) |
| 02/02/2006 | ❷100 | CORPORATE DISCLOSURE STATEMENT by China Southern Airlines Company Limited. (Guilfoyle, Kathleen) (Entered: 02/02/2006) |
| 02/02/2006 | ❷101 | CORPORATE DISCLOSURE STATEMENT by China Eastern Airlines Corporation Limited. (Guilfoyle, Kathleen) (Entered: 02/02/2006) |
| 02/02/2006 | ❷102 | REPLY to Response to Motion re 80 MOTION to Dismiss for Lack of Jurisdiction, 82 MOTION to Dismiss for Lack of Jurisdiction filed by China Eastern Airlines Corporation Limited, China Southern Airlines Company Limited. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Guilfoyle, Kathleen) (Entered: 02/02/2006) |
| 02/21/2006 | ❷103 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In accordance with the foregoing memorandum, 1) the Motion to Dismiss of the Domestic Defendants (Docket No. 59) is ALLOWED;2) the Motion to Dismiss of Air Transport Association of America (Docket No. 62) is ALLOWED;3) the Motion to Dismiss of Aer Lingus (Docket No. 66) is ALLOWED;4) the Motion to |

| | | |
|---|---|---|
| | | Dismiss of Alitalia (Docket No. 67) is ALLOWED;5) the Motion to Dismiss of Bristish Airways (Docket No. 68) is ALLOWED;6) the Motion to Dismiss of Lufthansa (Docket No. 69) is ALLOWED;7) the Motion to Dismiss of China Eastern (Docket No. 80) is ALLOWED;8) the Motion to Dismiss of China Southern (Docket No. 82) is ALLOWED; and9) the Motion to Dismiss of the Federal Aviation Administration (Docket No. 84) is ALLOWED."(Sonnenberg, Elizabeth) Modified on 2/22/2006 (Nicewicz, Craig). (Entered: 02/21/2006) |
| 02/22/2006 | 104 | Judge Nathaniel M. Gorton : ORDER entered. ORDER DISMISSING CASE(Nicewicz, Craig) (Entered: 02/22/2006) |
| 03/06/2006 | 105 | NOTICE OF APPEAL by Ray Drasnin, Wanda Mills, Jeff Golumbuk, Caroline Marshall-Smith, Anesia Kalaitzidis, Kenneth Ivanovitz, Athanase Karagiorgos, Harriet Zalwango, Michael Blau, Kenneth Micciche, Jenniee Tsouvrakas, Robert J. Harrington, Faye Byron, Craig Buck, Valerie L. Pawson. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/27/2006. (Carter, Evans) (Entered: 03/06/2006) |
| 03/06/2006 | | Filing fee: $ 255.00, receipt number 70826 & 70825 regarding Notice of Appeal (Sonnenberg, Elizabeth) (Entered: 03/06/2006) |