# United States Court of Appeals
## For the First Circuit

No. 06-1625

CRAIG BUCK ET AL.,

Plaintiffs, Appellants,

v.

AMERICAN AIRLINES, INC., ET AL.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: February 7, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order of dismissal is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 4/2/07

By the Court:

_____
Richard Cushing Donovan, Clerk

[cc: Mr. Carter, Mr. Shin, Mr. Porter, Mr. Cornell, Mr. Whalen, Mr. Howe, Ms. Guilfoyle, Mr. Harakas, Mr. Esrick, Mr. Ogden, Mr. Shenkman, Mr. Cain, Mr. Massamillo, Mr. Carulli, Ms. Johnson & Mr. Beadle.]